FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "B"

9K29160077

St. Bernards MEDICAL CENTER
The Heart of Great Medicine

**225 E Jackson Jonesboro, AR 72401**
**Tel: 870-207-4508 Fax: 870-932-7519**

**Patient Name: HICKS,BRANDI RENEE**
Ins: WALMART
Age/Sex: 39 F
DOB: 1977
Med Rec #: |
Account #: SV0134821404
Physician(s): SMITH,SHANE R. MD;

**Accession #: R16-709**
Collection Date: 03/11/16
Received Date: 03/11/16
Hospital Service:
Loc/Room #: REFNP
CENTER,OUTPATIENT S.

## PATHOLOGY REPORT

---

**DIAGNOSIS**

**A. Right tonsil, excision:**

Reactive lymphoid hyperplasia.

**B. Left tonsil, excision:**

Reactive lymphoid hyperplasia.

Diagnosis Performed By: PHILIP ELLIS FERGUSON, MD
Electronically Signed Out By: PHILIP ELLIS FERGUSON, MD 03/14/16 0931

---

**SPECIMENS RECEIVED**

A. RIGHT TONSIL
B. LEFT TONSIL

**CLINICAL HISTORY/PRE-OP DIAG.**

CHRONIC TONSILLITIS, TONSIL HYPERTROPHY

**GROSS DESCRIPTION**

A. RIGHT TONSIL:
Received is a container of formalin labeled "Brandi Hicks, right tonsil". Received in the container is a tonsil weighing 2 grams and measuring 3.0 x 1.4 x 1.2 cm in greatest dimensions. Cut surfaces demonstrate tan-to-pink lymphoid tissue. There are also a few tan nodules located

HICKS,BRANDI RENEE
R16-709
Account #: SV0134821404
DOB 1977

ST. BERNARDS MEDICAL CENTER

within the crypts which measure up to 0.2 cm and a single fluid-filled cystic structure measuring up to 0.9 cm. There is no prominent mass grossly noted. A representative section is submitted in cassette A.

B. LEFT TONSIL:
Received is a container of formalin labeled "Brandi Hicks, left tonsil". Received in the container is a tonsil weighing 1 gram and measuring 2.5 x 1.8 x 0.9 cm. Cut surfaces demonstrate tan-to-pink lymphoid tissue. There are a few tan nodules located within the crypts which measure up to 0.1 cm. There is no prominent mass grossly noted. A representative section is submitted in cassette B.
D: CMB 3/11/16 1420
T: tlv 3/11/16 2251

**MICROSCOPIC DESCRIPTION**

Microscopic examination performed
D: PEF 3/14/16 7:26
T maw 3/14/16 8:18