FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "C"

St. Bernards HEALTHCARE

The Heart of Great Medicine

225 E Jackson Jonesboro, AR 72401

**Patient Name:** HICKS,BRANDI RENEE
**Age/Sex:** 39 F
**DOB:** 1977
**Admitting Doctor:** SHANE R. SMITH, MD
**Attending Doctor:** SHANE R. SMITH, MD
**Primary Care Provider:**

**Room #:** 2105-01
**Med Rec #:**
**Account #:** SV0134905769
**Hospital Service:** MED
**Admit Date:** 03/21/16
**Discharge Date:** 03/23/16

---

## Discharge Summary

**STATUS: Signed**

**Report #: 0324-0490**

Job #: 264909/181694

REASON FOR ADMISSION:
Postoperative pain and dehydration.

BRIEF HISTORY:
Brandi is a 39-year-old lady who had undergone a tonsillectomy for chronic tonsillitis 10 days prior to her admission. She has not done well since surgery, has had significant pain and has had to have her pain medications increased and refilled on multiple occasions. She is just not eating and drinking well. We elected to go ahead and admit and start her on IV fluids, IV Decadron and IV pain medicines. During the course during the course admission she has done much better. By 03/23/2016 she says she felt much better. She was able to eat breakfast and seemed to be swallowing a lot better. She felt like she was keeping her hydration and was controlled with oral pain medicines and elected to go home. She was discharged home in good condition. She already has a prescription for Percocet tablets at home. No followup was scheduled since she has already been evaluated postoperatively. I just told her to call if she has any trouble and we would be glad to see her again.

Signature: SHANE R. SMITH MD

<Electronically signed by SHANE R. SMITH, MD> 03/24/16 1834

**Discharge Summary**
HICKS,BRANDI RENEE
**Account #:** SV0134905769

SSMITH/LMK
DD/DT: 03/23/16 1053
TD/TT: 03/24/16 1238

cc:
SHANE R. SMITH MD
~