FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "D"

St. Bemards Medical Center
225 East Jackson
Jonesboro, AR 72401

Patient Name: HICKS,BRANDI RENEE
Account # SV0135131092
Med Rec #:
Age: 39
DOB: /1977
Hospital Service:
Room #
Admit Date: 04/13/16
Admitting Doctor:
Attending Doctor:
Documented By: LANE,BRANDON V DO
Date and Time: 04/13/16 0905
Primary Care Provider:

ER Physician Documentation

STATUS: Signed

****Description/Onset of Symptoms:** pt complains of severe headache with nausea, pt was bitten by cat on Sunday. Pt has had problems for the past several months. Says that she has had a headache for several days and nothing improves symptoms. No chest pain or shortness of breath.
****Information Source:** pt
**Exam Limitations:** No Limitations

**- History of Present Illness**
**Symptom Location:** Head, Generalized
**Quality/Severity:** Moderate
**Activities at Onset:** None
**Modifying Factors:** Nothing Improves, Nothing Worsens
**Associated Symptoms:** Headaches
**Allergies/Adverse Reactions:**

**Allergies**

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Unverified | 03/21/16 17:36 |

**Home Medications:**

**Ambulatory Orders**

| Medication | Instructions | Recorded |
|---|---|---|
| Estradiol [ESTRADIOL] | 2 mg PO DAILY | 03/21/16 |
| Hydrocodone/Acetaminophen [Hydrocodon-Acetamin 7.5-325/15] | 15 ml PO Q6H PRN | 03/21/16 |
| LORazepam [Ativan Tablet] | 1 mg PO TID PRN | 03/21/16 |
| Ondansetron [Ondansetron Odt] | 8 mg PO Q8H PRN | 03/21/16 |
| Venlafaxine HCl [Venlafaxine HCl ER] | 75 mg PO DAILY | 03/21/16 |

| | | |
|---|---|---|
| Zolpidem [Ambien] | 10 mg PO HS | 03/21/16 |
| tiZANidine [Zanaflex] | 4 mg PO DAILY PRN | 03/21/16 |
| HYDROcodone/APAP 5/325MG [Norco 5-325 mg] | 1 each PO Q4-6H PRN #12 tablet | 04/13/16 |
| Ondansetron HCl [Zofran] | 4 mg SUBLING Q6 HOURS PRN #12 tablet | 04/13/16 |
| Promethazine HCl [Phenergan] | 25 mg PO Q6 HOURS PRN #12 tablet | 04/13/16 |

**- Past Medical History**
**Past Medical History:** No
**History of Musculoskeletal Problems:** No
**History of Female Problems:** No
**History of Male Problems:** No
**History of Skin Problems:** No
**History of Cancer:** No
**History of Autoimmune Problems:** No
**Hx Psychosocial Problems:** No

**- Family Past Medical History**
**Family Past Medical History:** Unremarkable
**Smoking Cessation:** Never Smoker
**Lives with:** Family

**- Review of Systems**
**Constitutional:** No Symptoms Reported
**EENTM:** No Symptoms Reported
**Respiratory:** No Symptoms Reported
**Cardiology:** No Symptoms Reported
**Gastrointestinal/Abdominal:** Nausea
**Genitourinary:** No Symptoms Reported
**Musculoskeletal:** No Symptoms Reported
**Skin:** No Symptoms Reported
**Neurological:** Headache
**Endocrine:** No Symptoms Reported
**Hematologic/Lymphatic:** No Symptoms Reported
**I have documented the ROS for this visit:** Yes
**Type:** Room Air
**Pulse Oximetry Adequacy:** Adequate
**Medication List Reviewed:** Yes

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** Normal ENT Inspection
**Neck:** Full Range of Motion
**Respiratory:** Lungs Clear, Normal Breath Sounds, No Respiratory Distress, No Accessory Muscle Use
**Cardiovascular/Chest:** Normal Peripheral Pulses, Regular Rate, Rhythm, No Edema
**Abdominal Exam:** Normal Bowel Sounds, Non-Tender, Soft
**Extremities Exam:** normal range of motion, no evidence of injury
**Neurological:** alert, normal mood/affect, calm, CNs II-XII nml as tested, oriented x 3
**Skin Exam:** Normal Color
**I have documented the PE for this visit:** Yes

**- Course**
**Orders, Labs, Meds:**

**Vital Signs - 24 hr**

| | 04/13/16 08:47 |
|---|---|
| Temperature | 97.3 F L |
| Pulse Rate [ Pulse Ox] | 64 |
| Respiratory Rate | 16 |
| Blood Pressure [Left Arm Sitting] | 111/78 |
| O2 Sat by Pulse Oximetry | 98 |

**Result Diagrams:**

04/13/16 08:55




04/13/16 08:55




**Comment::**
ct head:nothing acute
**ED MD Note:**
04/13/16 10:47
Risks of LP given to patient prior to pain medication and she wished to proceed.

04/13/16 13:27
To return for worsening condition.

**- Departure**
**Disposition:** Home
**Discharge Problem/Impression:**
**Headache**
**Qualifiers:**
**Headache type:** unspecified **Headache chronicity pattern:** acute headache **Intractability:** not intractable **Qualifier Code:** (R51) Headache

**Vomiting**
**Qualifiers:**
**Vomiting type:** unspecified **Vomiting Intractability:** non-intractable **Nausea presence:** with nausea **Qualifier Code:** (R11.2) Nausea with vomiting, unspecified
**Condition:** Fair
**Instructions:** Headache, General Discharge Instructions
**Referrals:**

HURST,WILLIAM, DO [PHYSICIAN] -
MCNAMARA,TIM, MD [PHYSICIAN] -
KOSINSKI,TERRY J, MD [PHYSICIAN] -

**Prescriptions:**

HYDROcodone/APAP 5/325MG [Norco 5-325 mg] 1 each PO Q4-6H PRN #12 tablet
PRN Reason: Pain
Ondansetron HCl [Zofran] 4 mg SUBLING Q6 HOURS PRN #12 tablet
PRN Reason: Nausea / Vomiting
Promethazine HCl [Phenergan] 25 mg PO Q6 HOURS PRN #12 tablet
PRN Reason: Nausea / Vomiting

**Additional Instructions:**

Thank you for allowing me to participate in your care. Please take your medicine only as directed. Please see your doctor in 2-3 days or return to the ER immediately for worsening of your condition. Continue your home medications. Thank you for allowing us to care for you today.

Signature: BRANDON V LANE DO

<Electronically signed by BRANDON V LANE DO> 04/15/16 0659

BLANE/BVL
DD/DT: 04/13/16 0905
TD/TT: 04/13/16 0905

cc: