FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "E"

St. Bernards Medical Center
225 East Jackson
Jonesboro, AR 72401

Patient Name: HICKS,BRANDI RENEE
Account # SV0135165595
Med Rec #
Age: 39
DOB: /1977
Hospital Service:
Room #
Admit Date: 04/15/16
Admitting Doctor:
Attending Doctor:
Documented By: ALLEN,ROBERT B MD
Date and Time: 04/15/16 2138
Primary Care Provider:

ER Physician Documentation

STATUS: Signed

****Description/Onset of Symptoms:** PT REPORTS LP ON WEDNESDAY, BEEN SICK SINCE WITH NAUSEA AND FRONTAL HEADACHE. "I THOUGHT IT WOULD GO AWAY, JUST GETTING WORSE". LAYING DOWN HELPS. TOOK TYLENOL 2 HOURS AGO, AND 1/2 HYDROCODONE 5/325 TOO. I have been sick off and on for the past few months. LP here by radiology. My headache is worse when I get up. Nausea, but no vomiting. No fever or chills. LMP - HYS. No fever today. Neck stiffness has improved.
****Information Source:** PT

**- History of Present Illness**
**Allergies/Adverse Reactions:**

**Allergies**

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Unverified | 03/21/16 17:36 |

**Home Medications:**

**Ambulatory Orders**

| Medication | Instructions | Recorded |
|---|---|---|
| Estradiol [ESTRADIOL] | 2 mg PO DAILY | 03/21/16 |
| Hydrocodone/Acetaminophen [Hydrocodon-Acetamin 7.5-325/15] | 15 ml PO Q6H PRN | 03/21/16 |
| LORazepam [Ativan Tablet] | 1 mg PO TID PRN | 03/21/16 |
| Ondansetron [Ondansetron Odt] | 8 mg PO Q8H PRN | 03/21/16 |
| Venlafaxine HCl [Venlafaxine HCl ER] | 75 mg PO DAILY | 03/21/16 |
| Zolpidem [Ambien] | 10 mg PO HS | 03/21/16 |
| tiZANidine [Zanaflex] | 4 mg PO DAILY PRN | 03/21/16 |
| HYDROcodone/APAP 5/325MG [Norco | 1 each PO Q4-6H PRN #12 tablet | 04/13/16 |

| | | |
|---|---|---|
| 5-325 mg] | | |
| Ondansetron HCl [Zofran] | 4 mg SUBLING Q6 HOURS PRN #12 tablet | 04/13/16 |
| Promethazine HCl [Phenergan] | 25 mg PO Q6 HOURS PRN #12 tablet | 04/13/16 |

**- Past Medical History**
**Past Medical History:** No
**History of Musculoskeletal Problems:** No
**History of Female Problems:** No
**History of Male Problems:** No
**History of Skin Problems:** No
**History of Cancer:** No
**History of Autoimmune Problems:** No
**Hx Psychosocial Problems:** No

**- Surgical History**
**Surgical History:** Yes
**Surgical History:** Cesarean Section, Cholecystectomy, Hysterectomy Abdominal, Tonsillectomy

**- Family Past Medical History**
**Family Past Medical History:** Unremarkable
**Smoking Cessation:** Never Smoker
**Alcohol Use:** No
**History of Drug Use:** No
**Lives with:** Family

**- Review of Systems**
**Review of Systems:** All other systems reviewed and negative, Nausea, Headache, Decreased Activity Level, Responds Approp to Cargvr. denies: Other, Fever, Chills, Visual changes, Sore throat, Chest pain, Shortness of breath, Cough, Vomiting, Dysuria, Myalgias, Rash, LOC, Bleeding, Congestion, Diarrhea, Decreased Fluid Intake
**Constitutional:** Weakness
**I have documented the ROS for this visit:** Yes
**Type:** Room Air
**Pulse Oximetry Adequacy:** Adequate
**Medication List Reviewed:** Yes

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** PERRL/EOMI, TMs Normal, Pharynx Normal
**Neck:** Full Range of Motion, Supple, Normal Inspection
**Respiratory:** Chest Non-tender, Lungs Clear, Normal Breath Sounds, No Respiratory Distress, No Accessory Muscle Use
**Cardiovascular/Chest:** Normal Peripheral Pulses, Regular Rate, Rhythm, No Edema, No Gallop, No JVD, No murmur, Other - HR is 90 now
**Abdominal Exam:** Non-Tender, Soft, No Organomegaly, No Pulsatile Mass
**Extremities Exam:** non-tender, normal range of motion, no evidence of injury, no edema
**Neurological:** alert, normal mood/affect, calm, CNs II-XII nml as tested, oriented x 3, other - No papilledema
**Thoughts:** normal thought pattern, no apparent hallucination
**Eye contact:** Cooperative

**Appearance:** Appropriate Appearance
**Skin Exam:** Normal Color, Warm/Dry
**Lymphatic:** No Adenopathy
**I have documented the PE for this visit:** Yes

**- Course**
**Orders, Labs, Meds:**

**Vital Signs - 24 hr**

| | 04/15/16 21:28 |
|---|---|
| Temperature | 97.6 F |
| Pulse Rate [ Pulse Ox] | 116 H |
| Respiratory Rate | 12 |
| Blood Pressure [Left Arm Sitting] | 121/89 |
| O2 Sat by Pulse Oximetry | 99 |

**ED MD Note:**
04/15/16 21:59
I spoke with Dr Young - home and blood patch tomorrow at one day surgery

04/15/16 22:57
feeling better

**- Departure**
**Disposition**: Home
**Discharge Problem/Impression:**
Post-lumbar puncture headache
**Condition:** Good
**Additional Instructions:**
Come to admissions at 830 am tomorrow and tell them you are checking in to one day surgery for a blood patch. Tell the desk I spoke with Dr. Young and they are expecting you to show up. Return for high fever, persistent vomiting or uncontrolled pain. Thank you for allowing me to participate in your care. Please take your medicine only as directed. Return to the ER immediately for worsening of your condition. Try to stay lying flat.

Signature: ROBERT B ALLEN MD

<Electronically signed by ROBERT B ALLEN MD> 04/18/16 0649

RALLEN/RBA
DD/DT: 04/15/16 2138
TD/TT: 04/15/16 2138

cc: