FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "F"

St. Bernards HEALTHCARE
The Heart of Great Medicine

225 E Jackson Jonesboro, AR 72401
870-972-4100

**Patient Name:** HICKS,BRANDI RENEE
**Age/Sex:** 39 F
**DOB:** ( /1977
**Attending Doctor:** TERRY J KOSINSKI, MD
**Ordering Doctor:** TERRY J KOSINSKI, MD
**Primary Care Provider:** MCDANIEL, CRAIG A MD
**Primary Insurance:** WALMART

**Room #:**
**Med Rec #:**
**Account #:** SV0135205003
**Hospital Service:**
**Admit Date:** 04/28/16
**Patient Status:** REG CLI

## IMAGING SERVICES

**STATUS: Signed**

**Report #: 0428-0433**

**3292983.001 MRI/Head WWO Contrast**
**Exam Date: 04/28/16**

Procedure: MRI of the Brain with and without contrast

Clinical History: Headache

Comparison: None

Technique: Multiplanar, multisequence MR imaging of the brain was performed prior to and following the administration of intravenous gadolinium.

Findings: There is no restricted diffusion identified to suggest the presence of acute infarction. The cortical sulci and ventricular system are normal in size. There is no midline shift or mass effect. The gray-white matter differentiation is maintained. There is a single nonspecific focus of abnormal increased FLAIR signal in the right frontal lobe. This measures 10 mm in size. No other FLAIR signal abnormalities identified. The corpus callosum and pituitary gland are unremarkable. The cerebellum and cerebellar tonsils are normally positioned. The paranasal sinuses and mastoid air cells are normally aerated. No abnormal intracranial enhancement.

Impression:

**St. Bernards Radiology Report**
HICKS,BRANDI RENEE
**Account #:** SV0135205003

Nonspecific focus of increased FLAIR signal in the right frontal lobe. No other lesions are identified. Differential diagnosis would include sequelae of small vessel ischemic change or prior ischemic insult. Demyelinating process could also be considered but less likely.

Signature: CADE M MARTIN, MD

<Electronically signed by CADE M MARTIN, MD in OV>04/28/16 1400

Interpreting Doctor: MARTIN,CADE M MD
CMARTIN/CMM
DD/DT: 04/28/16 1350
TD/TT: 04/28/16 1350

cc:
TERRY J KOSINSKI MD

CMARTIN
~