FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "G"

Cleveland Clinic

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

HICKS,BRANDI R
MRN:
DOB: /1977 Sex: F
Enc. Date: 05/11/16

Page 1/6

case # 5955627

**5/20/2016 6:43 PM - Results In Interface (continued)**

**Results-Findings (continued)**

Sacrum and iliac wings: The visualized sacrum and iliac wings are within normal limits. The presacral soft tissues are normal in appearance.

**Exam Performed**

| Date and Time |
|---|
| 05/12/2016 5:44 PM |

**MRI LUMBAR SPINE WWO CONTRAST [2120561]** **Order #883039461**

**Order Information**

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 5/11/2016 2:42 PM | Neurology | Payam Soltanzadeh |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Payam Soltanzadeh | Payam Soltanzadeh |

**END OF REPORT**

**ED Provider Notes by Tona Rios Alba at 5/23/2016 7:37 AM**

Author: Tona Rios Alba Service: Emergency Medicine Author Type: Physician
Filed: 5/24/2016 6:51 PM Note Time: 5/23/2016 7:37 AM Note Type: ED Provider Notes
Status: Signed Editor: Tona Rios Alba (Physician)
Related Notes: Original Note by Sami (Res) Abuqayyas, MD (Resident) filed at 5/23/2016 11:39 AM

**ED Provider Note**

**Patient Name:** Brandi Hicks
**MRN:** 82580972
**SERVICE DATE:** 5/23/16

**History**

Patient presents with:
Weakness
Edema

**HPI Comments:** 39 year old female patient with Hx of optic neuritis who is being worked up for possible MS presenting today with with progressive weakness and numbness

Her symptoms are chronic but over the last week she started having progressive weakness in her legs, mainly affecting her thighs, it started on the left side and now on the right as well and now she needs assistance to get up from a sitting position, she also noticed numbness of her right thigh, shooting with no specific dermatomal distribution.

Page 2/6

**Cleveland Clinic**

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

HICKS,BRANDI R
MRN:
DOB: 1977, Sex: F
Adm: 5/23/2016, D/C: 5/23/2016

**ED Provider Notes by Tona Rios Alba at 5/23/2016 7:37 AM (continued)**

These symptoms are associated with change in voice (hoarse voice), intermittent difficulty breathing and numbness over the forehead.
She noticed swelling in her left ankle and right upper extremity over the last month.

Case # 59556027

Denies back pain, muscle paralysis, difficulty walking.
Mentioned intermittent difficulty finding words
Since December she gained more than 30lbs.

Recent spine MRI reported within normal
Patient had a recent LP and blood tests checking demyelinating disorder.

History provided by: **Patient**
Language interpreter used: **No**

PAST MEDICAL HISTORY
Chronic headaches

PAST SURGICAL HISTORY

| | |
|---|---|
| TOTAL ABDOM HYSTERECTOMY | 2012 |
| L'SCOPE CHOLECYSTECTOMY | 2013 |
| TONSILLECTOMY HX | 2016 |
| CESAREAN SECTION HX | |
| Comment X 2 | |

FAMILY HISTORY

| | |
|---|---|
| Osteoporosis | Mother |
| Thyroid | Mother |
| Anemia [Other] [OTHER] | Sister |
| Comment: | Requires some sort of infusion/transfusion? |
| Multiple Sclerosis | No Family History |
| Comment: | does not know about father's side of family |

Social History
Marital Status: Married Spouse Name:
Years of Education: Number of children:

Occupational History

| Occupation | Employer | Comment |
|---|---|---|
| Pharmacist | | |

Page 3/10



case # 5955627

Social History Main Topics
Smoking Status: Never Smoker
Alcohol Use: No
Comment: Perhaps once a month
Drug Use: No
Sexual Activity: Yes Partners with: Male

Social History Narrative
Married, 3rd marriage
2 biological and 2 step children
Pharmacist, works at Wal-mart
Husband is a mechanic
Lives with husband and 4 children

ALLERGIES
No Known Allergies

Review of Systems
Constitutional: Positive for chills, activity change, fatigue and unexpected weight change. Negative for diaphoresis.
HENT: Positive for sore throat and voice change. Negative for congestion, facial swelling, hearing loss, rhinorrhea and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Positive for shortness of breath. Negative for choking and wheezing.
Cardiovascular: Positive for leg swelling. Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal pain. Negative for vomiting and abdominal distention.
Genitourinary: Negative for dysuria, flank pain and difficulty urinating.
Musculoskeletal: Positive for myalgias, joint swelling, arthralgias and gait problem. Negative for neck pain.
Skin:
Rash over the upper extremities (levido reticularis)
Neurological: Positive for speech difficulty, weakness and numbness.
See HPI
Psychiatric/Behavioral: Negative for behavioral problems and agitation.

**Physical Exam**
BP 137/89 mmHg | Pulse 112 | Temp(Src) 36.4 °C (97.5 °F) (Oral) | Resp 20 | Wt 70.308 kg (155 lb) | SpO2 100%

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.

Cleveland Clinic

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

HICKS,BRANDI R
MRN: ________
DOB: 1977, Sex: F
Adm: 5/23/2016, D/C: 5/23/2016

**ED Provider Notes by Tona Rios Alba at 5/23/2016 7:37 AM (continued)**

Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: She has wheezes. She has no rales.
Abdominal: She exhibits no distension. There is no tenderness. There is no rebound.
Case #5955627
Musculoskeletal: She exhibits no edema or tenderness.
**No back tenderness, swelling or hematoma**
**Ankles, upper and lower extremites are symmetrical**
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays abnormal reflex. No cranial nerve deficit. She exhibits abnormal muscle tone. Gait abnormal.
Reflex Scores:
Tricep reflexes are 3+ on the right side and 3+ on the left side.
Brachioradialis reflexes are 2+ on the left side.
Patellar reflexes are 4+ on the right side and 4+ on the left side.
Achilles reflexes are 4+ on the right side and 4+ on the left side.
**Has hyperreflexic knee and ankle jerks**
**Sensation is altered over both shins and thighs**
**pupils, equal symmetrical bilaterally,**
**no tongue deviation.**
**Forehead numbness**
**Walking is normal but felt unbalanced when she walked heel to toe**

Skin: She is not diaphoretic.
**Faint livido reticularis over upper extremities and thighs**

## Diagnostic Testing

ED Labs Ordered and Reviewed

| | | |
|---|---|---|
| **CBC - Abnormal; Notable for the following:** | | |
| RBC | 3.61 (*) | 3.90 - 5.20 m/uL |
| Hematocrit | 35.1 (*) | 36.0 - 46.0 % |
| All other components within normal limits | | |
| **COMP METABOLIC PANEL - Abnormal; Notable for the following:** | | |
| Protein, Total | 5.8 (*) | 6.0 - 8.4 g/dL |
| Calcium | 8.2 (*) | 8.5 - 10.5 mg/dL |
| Creatinine | 0.69 (*) | 0.70 - 1.40 mg/dL |
| All other components within normal limits | | |
| **UA DIP, URINE (POC) - Abnormal; Notable for the following:** | | |
| KETONE UA (POCT) | Trace (*) | Neg mg/dL |
| All other components within normal limits | | |
| *Narrative:* | | |
| *Meter ID: 214664* | | |

Cleveland Clinic

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

HICKS, BRANDI R
MRN:
DOB: /1977, Sex: F
Adm: 5/23/2016, D/C: 5/23/2016

**ED Provider Notes by Tona Rios Alba at 5/23/2016 7:37 AM (continued)**

*Operator: 751641 OWEN JOHN*

**UA DIP, URINE (POC)**
**MAGNESIUM BLD**
**TSH BLD**
**CK CREATINE KINASE**
**MYASTHENIA GRAVIS EV**

Case # 5955621

Procedures

**Medical Decision Making / ED Course**

39 year old female patient with Hx of optic neuritis and symptoms concerning for demyelinating disorder being worked up for possible MS presenting with weakness in lower extremities, numbness in her shins and forehead and change in voice.
Recent tests included and MRI of the cervical and thoracic spine, autoimmune work up done, recent LP - being followed by neurology.

Objective findings include hyperreflexia, LUE weakness and abnormal heel to toe and romberg test.
Unclear etiology why she is having these symptoms, unlikely to be related to her recent LP

Course:
Vital signs were reviewed.
Triage records were reviewed.
Medical records were reviewed.
Nursing notes were reviewed and incorporated.
A consult was requested and obtained from consultant(s) Neurology.

Medical Decision Making:
Awaiting labs and neurology recommendations, still unclear etiology for her symptoms
No need for further imaging studies
Neurology recommends discharging the patient from the and they were able to schedule an appointment for her today at the miller center

**Plan**

Rule out metabolic causes, CBC, CMP, mag, TSH and UA
Consult neurology for further evaluation : recommend checking CK and Myasthenia gravis labs
Patient was scheduled to be seen in the neuromuscular clinic at the miller center today
Per neurology : no need for imaging studies now

The Patient was DISCHARGED: Counseled patient regarding lab results & need for follow-up. Discharged home with verbal and written instructions. They were instructed to return as needed for persistent or worsening symptoms or any new concerns.

Condition at time of disposition: unchanged and stable

Page 6/6

**Cleveland Clinic**

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

HICKS,BRANDI R
MRN:
DOB: 1977, Sex: F
Adm: 5/23/2016, D/C: 5/23/2016

**ED Provider Notes by Tona Rios Alba at 5/23/2016 7:37 AM (continued)**

case # 5955627

**SIGNATURE:** Sami Abuqayyas, MD

Sami (Res) Abuqayyas, MD
Resident
05/23/16 1139

**Attending Note**

I evaluated the patient and personally participated in the key components. I agree with the resident's findings and plan with the following revisions and/or additions:
This patient has had progressive diffuse neurologic symptoms including generalized weakness, proximal muscle weakness making it really hard for her to get up from sitting or laying, but is able to ambulate without any trouble. She also reports intermittent episodes of numbness throughout her extremities. Patient has hardly had a neurologic workup including MRI of the brain and spine as well as an LP without any clear diagnosis yet. On exam, patient does not have any focal neurologic deficit but does have subjective decreased sensation over her bilateral lower legs. 5/5 strength of BLEs. No bladder/bowel incontinence. No back pain or swelling s/p LP. No acute indication for imaging. Neurology was asked to evaluate patient here. They do not think she needs any further emergent evaluation but did recommend her to be seen in MS clinic this afternoon and made an appointment for her. She was d/c in stable condition to go straight to her appointment.

**Signature:** Tona Rios Alba, MD
**Date:** 5/23/2016
**Time:** 8:53 AM

Tona Rios Alba
05/24/16 1851

**END OF REPORT**