FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "H"

# Gray Family Clinic

**500 South University Avenue, Suite 316**
**Little Rock, AR 72205**

**Patient:** BRANDI R. HICKS
COUNTY ROAD 7625

BROOKLAND, AR 72417

**DOB:** ______, 1977
**MRN:**
**HOME:**
**WORK:**

---

Encounter Date: Jun 6 2016 9:30AM

**Chief Complaint**
• BRANDI comes in today with c/o swelling, joint pain, hand tremors,weight gain, fatigue, brain fog, nausea, headaches, dry, brittle hair, muscle weakness and pain, constipation, har to swallow (tight throat), difficulty finding, right ward sometimes, thin skin on fingertips (looks Pruny), easy bruising, stiff neck

**HPI**
Original HPI lost after previous entry. Unclear cause as to the failure of the record. Summary of symptoms as above. Became sick after having a cat bite. Pt suspicious that she has Lyme disease. I discussed with her the fact that I am not accepting Lyme patients for management of Lyme disease. I discussed the possibility of serving as a local primary car physician for her while another out of state Lyme specialist deals with Lyme if that is indeed what appears to be the problem.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Effexor XR 75 MG Oral Capsule Extended Release 24 Hour (Venlafaxine HCl ER);TAKE 1 CAPSULE DAILY.; RPT
LORazepam 1 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY PRN; RPT
Estradiol 2 MG Oral Tablet;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; RPT
Omeprazole 40 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY.; RPT
Zofran 8 MG Oral Tablet (Ondansetron HCl);TAKE 1 TABLET EVERY 4-6 HOURS PRN nausea; RPT
Lyrica 75 MG Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Topamax 25 MG Oral Tablet (Topiramate);TAKE 1 TABLET BEDTIME; RPT.

**ROS**
ROS including constitutional, eyes, ENT, pulmonary, cardiovascular, GI, GU, musculoskeletal, neurologic, skin, hematologic, and psychiatric were reviewed and negative except as noted elsewhere in this note.

**Vital Signs**
Recorded by Carlton,Melinda on 06 Jun 2016 09:48 AM
BP:124/88,
HR: 96 b/min,
Temp: 98.2 F,
Height: 64 in, Weight: 158.125 lb, BMI: 27.1 kg/m2,
BMI Calculated: 27.14 ,
BSA Calculated: 1.77.

**Physical Exam**
Gen; NAD, lucid and logical, well organized historian.

**Assessment**
Arthralgia of multiple sites (M25.50).
Tremor (R25.1).

09/27/2016 16:37 Gray Family Clinic (FAX)5019070914 P.009/034

**Patient:** BRANDI R. HICKS
COUNTY ROAD 7625

BROOKLAND, AR 72417

**DOB:** , 1977
**MRN:**
**HOME:**
**WORK:**

---

Nausea (R11.0).
Fatigue (R53.83).
Cat bite (W55.01XA).
Cat bite of forearm (S51.859A,W55.01XA).

**Orders**

COMP. METABOLIC PANEL (14); Requested for: 06 Jun 2016.
Antinuclear Antibodies (ANA); Requested for: 06 Jun 2016.
Antistreptolysin O Antibodies; Requested for: 06 Jun 2016.
C-Reactive Protein, Quant; Requested for: 06 Jun 2016.
HNK1 (CD57) Panel; Requested for: 06 Jun 2016.
Bartonella DNA PCR; Requested for: 06 Jun 2016.
LYME, WESTERN BLOT, SERUM; Requested for: 06 Jun 2016.
MTHFR; Requested for: 06 Jun 2016.
ROCKY MTN SPOTTED FEV, IGG, QN; Requested for: 06 Jun 2016.
Rocky Mtn Spotted Fever, IgM; Requested for: 06 Jun 2016.
RPR; Requested for: 06 Jun 2016.
Sedimentation Rate-Westergren; Requested for: 06 Jun 2016.
TSH+FREE T4; Requested for: 06 Jun 2016.
Triiodothyronine, Free, Serum; Requested for: 06 Jun 2016.

**Plan**

Check labs on pt. If it looks like Lyme could be an underlying cause, will have her consider treatment with Dr. Crist in Missouri or Dr. Jemsek in Washington.

**Signature**

Electronically signed by : I. Torin Gray M.D.; 06/13/2016 3:34 PM CST.