FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "I"

# Gray Family Clinic

500 South University Avenue, Suite 316
Little Rock,AR 72205
(501) 907-1710

**Patient:** HICKS, BRANDI R
COUNTY ROAD 7625
BROOKLAND, AR 72417

**Age/Sex/DOB:** 39 yrs F 1977
**EMRN:** 268599/1
**OMRN:** 268599/1
**Home:**
**Work:**

## Results

**Lab Accession #** 15838206330016592
**Ordering Provider:** Gray,I. Torin
**Performing Location:** LABCORP BURLINGTON
1447 York Court
Burlington, NC 272153361

**Collected:** 06/06/2016 11:56:00AM
**Resulted:** 06/08/2016 1:19:00PM
**Verified By:** Gray, I. Torin
**Auto Verify:** N

**ROCKY MTN SPOTTED FEV, IGG, ON**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RMSF, IgG, EIA | Positive | | A | Negative |
| RMSF, IgG, IFA | 1:128 | | H | Neg <1:64 |

| | |
|---|---|
| Negative | <1:64 |
| Positive | 1:64 |
| Recent/Active | >1:64 |

Titers of 1:64 are suggestive of past or possible current infection. Titers >1:64 are suggestive of recent or active infection. Approximately 9% of specimens positive by EIA screen are negative by IFA.

# Gray Family Clinic

500 South University Avenue, Suite 316
Little Rock,AR 72205
(501) 907-1710

**Patient:** HICKS, BRANDI R
COUNTY ROAD 7625
BROOKLAND, AR 72417

**Age/Sex/DOB:** 39 yrs F : 977
**EMRN:** 268599/1
**OMRN:** 268599/1
**Home:**
**Work:**

## Results

**Lab Accession #** 15838206330016667
**Ordering Provider:** Gray,I. Torin
**Performing Location:** LABCORP BURLINGTON
1447 York Court
Burlington, NC 272153361

**Collected:** 06/06/2016 11:56:00AM
**Resulted:** 06/07/2016 10:25:00PM
**Verified By:** Gray, I. Torin
**Auto Verify:** N

**Rocky Mtn Spotted Fever, IgM**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Rocky Mtn Spotted Fever, IgM | 0.52 | index | | 0.00-0.89 |

Negative <0.90
Equivocal 0.90 - 1.10
Positive >1.10