FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "J"

**Jemsek Specialty Clinic**
*2440 M Street NW, Suite 205, Washington, DC 20037 - Phone 202.955.0003 - Fax 866.457.0397*

**09/20/2016** **HICKS, BRANDI** DOB /77 **13193**

**INITIAL CONSULTATION** Claim 5955627

**DATE OF BIRTH:** '1977

Today, I had the pleasure of meeting 39-year-old Brandi, accompanied by her husband, Richard, coming to us from Brookland, Arkansas. Brandi is a pharmacist; however, she has not been working since May. She is currently being followed by Dr. Torin Gray, who kindly referred her to the practice. Brandi was born in Jonesboro, Arkansas, lived there until age 12. She then was in Little Rock until age 18, before returning back to Jonesboro, where she taught math for a couple years as a teacher. She then went to Memphis, Tennessee, where she earned her Pharm-D, before settling in Hot Springs, Arizona for 8 years, and most recently in Brookland for the past 2 years. Brandi notes that she lives in the woods, and has a dog that she has found ticks on before. The only tick attachment she can truly recall was after her illness began in 03/2016. She did not achieve an erythema migrans, however. Brandi had her first C-section in 05/2004. She reports having a very easy pregnancy. In 2005, she was diagnosed with optic neuritis, which took approximately 1 month to resolve. In 04/2008, had her second C-section. She noted some depression postpartum, particularly as her daughter was quite ill when first born. Moving forward to 12/2012, she had her hysterectomy due to cysts, fibroids and endometriosis. August of 2013, she reports an episode of right-sided weakness that lasted 3 to 4 days, but overall she felt poor for the following 2 to 3 weeks. All workup was negative. In 12/2013, she had her cholecystectomy due to poor ejection fraction, significant nausea. In 10/2015, she went to the ER with a concussion after hitting her head on a granite countertop. About 10 to 14 days later, she had a CT scan due to headaches and nausea, which did not reveal anything. November of 2015, she received lidocaine and steroid injections in the neck and shoulders, but did not find these helpful. At the end of January 2016, she contracted Strep, was placed on Omnicef. Notes she felt a lot better for this. In February, she tested positive for Strep once again, noting she got sick at work, passed out. She was placed on a Z-Pak, which was unsuccessful, and then on clindamycin, noting this was the best she had felt in months. In March, she tested positive for the flu, and then they scheduled her tonsillectomy, after having Strep 3 times in a short period. She was placed on steroids for 1 week after, and then she was hospitalized, and they gave her more steroids. She had gone in for migraine headaches and nausea. They did a lumbar puncture, checking for meningitis. All testing, however, was normal. In May, she went to the Cleveland Clinic, due to her myriad of symptoms. Saw an endocrinologist and neurologist. All tests were normal, and no followup appointment was scheduled. She was told to focus on diet and exercise. In 06/2016, she saw Dr. Torin Gray, who tested her for Lyme disease. At that time, his testing revealed positive results for Rocky Mountain Spotted Fever and that same month, she followed up with Dr. Daniel Kalb, who started her on treatment for Lyme disease. On 07/05, they had a PICC line placed. So for 4 weeks, twice a week, she would get vitamin C, glutathione and Myers' cocktails. She was placed on oral Minocin and Rifampin, noting the tremor went away. Cognition improved, and felt like this was helpful for her. From 07/27 to 08/18, she was placed on Rocephin, which she feels helped her the most mentally, although physically she was still struggling. From 08/18 to the present, she has been back on oral Minocin and Rifampin. Two weeks ago, she reports the onset of seizures. She gets very tensed up, has trouble breathing, does not lose consciousness, but lasts about 2 to 3 minutes. They have become more and more frequent, occurring 3 to 8 times a day. In the beginning of September, she saw an immunologist, and her immunoglobulin levels have normalized. On 09/09, she saw Dr. Gray, who gave her gabapentin 300 mg in the evening, to help her until she could follow up with JSC. She is unsure if this is helpful or not.

Brandi has presented to JSC to discuss further evaluation and treatment for possible Lyme borreliosis complex. She has been referred kindly by Dr. Torin Gray. She has been dealing with multiple health issues over the past years, but more specifically since January of this year, where things have become progressive. Brandi is able to complete the medical history paperwork and has brought copies of past medical records, which were reviewed in the office today. She was able to provide a detailed history and chronology, which is greatly appreciated.

**GENERAL REVIEW OF SYSTEMS:**

Weight: She reports gaining approximately 30 pounds from December to April/May, and is now stabilized.

Appetite and Sensitivities: Reports moments of ravenous hunger, but otherwise has a normal appetite. Denies any sensitivities or cravings.

Sleep Habits: Patient utilizing Ambien 10 mg a night. Some nights, she still cannot fall asleep. Averages 5 to 6 hours and wakes tired. Reports occasional restlessness. Reports drenching sweats. Occasionally wakes coughing. Denies vivid dreams or nightmares. Denies nocturia. Denies hypnagogic activity. Has never had a sleep study.

**CHILDHOOD HEALTH HISTORY:** Patient was not born premature. She denies significant reflux or colic. Met developmental milestones on time. Reports frequent ear and throat infections as well as a lot of just generalized body aches and pains.

**MISCELLANEOUS HEALTH INFORMATION AND HEALTH MAINTENANCE:** Brain MRI, 04/28/2016, shows a nonspecific focus of abnormal increased flare signal in the right frontal lobe measuring 10 mm in size. No other flare signal abnormalities identified. Mammogram 2013, was negative. Pelvic exam, 08/2015, normal.

**CONSTITUTIONAL:** Reports feeling feverish and sweats. Denies fevers or chills.

| | | |
|---|---|---|
| **CATEGORIES** | | |
| **COGNITIVE DYSFUNCTION/MOOD** | 3/10 | Husband would rate 3-4/10. Difficulty with processing, executive functioning, short-term memory, long-term memory, concentration, focus, word and information recall, brain fog, difficulty multitasking and OCD tendencies. |
| **LIMBIC IRRITABILITY** | Reports heightened startle reflex, mood changes, photophobia, phonophobia, osmophobia. Denies appetite fluctuation, vibration, cravings or tinnitus. | |
| **AUTONOMIC DYSFUNCTION:** | Reports temperature sensitivities, nausea, air hunger, Raynaud's and motion sickness. Denies POTS, flushing with chills, power down or barometric sensitivities. | |
| **B SYMPTOMS** | 3-4/10, with Tylenol #4, previously was 5-6/10. Reports migratory arthralgias as well as persistently in the knees and shoulders. Generalized muscle soreness and ostealgia of the | |

| | | |
|---|---|---|
| | left ribs. | |
| **MONONEURITIS MULTIPLEX** | Reports tingling in the toes and face, radicular pain down the back, cervical plexitis, focal motor weakness in the legs, myoclonic jerks of the legs and arms just before she tightens up in a seizure, stabbing in the spine. Denies twitching, fasciculations, allodynia, formications, burning. | |
| **FATIGUE** | 2-3/10 | Notes her energy is best between 1:00 and 6:00 p.m. |

**ADDITIONAL REVIEW OF SYSTEMS:**
**Neurologic:** Reports onset seizure equivalent as of 2 weeks ago. While she has always had cerebellar dysfunction, this is worse. Reports bulbar dysfunction, noting occasional trouble swallowing. Reports infrequent migraines and also noting frontal headache post seizure. Tremoring, resolved with Rifampin. Denies speech difficulties, vertigo, global inflammatory headache, brain sensations.

**Skin:** Reports "indentations in the muscles."

**HEENT:** Last eye exam was over a year ago with Optometry. Patient wears contacts. Denies blurry vision, double vision, floaters, dry eye or pain. Denies frequent nasal congestion. Denies otalgia or ear fullness. Reports bilateral jaw pain and points below the temporomandibular joints. Denies teeth pain. Denies sore throat or dry mouth.

**Cardiac and Vascular:** Reports infrequent heart palpitations, occasional chest tightness. Denies dyspnea on exertion or chest pain.

**Pulmonary:** Reports shortness of breath and air hunger. Denies history of asthma or allergies. Denies chronic cough.

**GU/GYN:** Patient had a hysterectomy in 12/2012. No subsequent spotting. On Rifampin, she reports dysuria. Denies frequency, urgency, hesitancy or hematuria.

**GI:** Reports nausea. Denies vomiting. Bowel movements are at least once a day, formed. Denies any mucus. Cannot tell if there is any blood in the stool when she is on Rifampin. Reports reflux, although omeprazole mostly covers this. Denies abdominal pain.

**Special Senses (Limbic):** Reports altered sense of smell and taste. Noting nothing tastes good. Denies alterations in hearing.

**PAST MEDICAL HISTORY:** Optic neuritis, endometriosis.

**PAST SURGICAL HISTORY:** Tonsillectomy 03/2016, hysterectomy 12/2012, cholecystectomy 12/2013, 2 cesarean sections, in 2004 and 2008. Laparoscopy at age 18, which revealed endometriosis. Breast implants in 2001, redone 06/2015.

**WOMEN'S HEALTH:** G3, P2, A1, L2. Last menstrual cycle was in 2012, just prior to hysterectomy.

**FAMILY MEDICAL HISTORY:** Father age 70, health unknown. Mother, age 63, osteoporosis. Brother age 49, is healthy. Sisters age 43 and 44, are healthy. Spouse age 40, has a history of 3 erythema migrans rashes, but overall healthy. Children ages 12 and 8, are healthy.

**EXTENDED FAMILY HISTORY:** Maternal cousin, diabetes mellitus type 1, heart disease in maternal grandmother, Alzheimer's maternal grandmother, breast cancer maternal aunt as well as paternal grandmother. Denies ALS, MS or Parkinson's.

**SOCIAL HISTORY/HABITS:** Denies tobacco use. Denies alcohol use. Reports rare consumption of caffeine via tea. Previously was exercising 3 to 4 times a week for an hour via weights, machines and cardio, none since January.

**CURRENT MEDICATIONS:** Estradiol 2 mg, Effexor-XR 75 mg, Ambien 10 mg at bedtime, Tylenol #4, 60 mg 3 times a day, lorazepam 1 mg twice a day, Nystatin 500,000 units twice a day, Diflucan 100 mg once a day, 1 week of the month, Topamax 25 mg twice a day, Zofran 8 mg as needed, Deplin 15 mg, omeprazole 20 mg twice a day, vitamin D3 5000 International Units, gabapentin 300 mg at bedtime, melatonin 5 to 10 mg at bedtime, TruFlora and Theralac probiotics, Rifampin 300 mg twice a day, Minocin 100 mg twice a day, Enhansa-Repair 2 twice a day, artemisinin SOD 3 times a day and InterFase Plus 2 times a day.

**ALLERGIES:** No known drug allergies. No reported environmental allergies.

**PHYSICAL EXAMINATION:**

**GENERAL:** Patient did have one of her non-epileptiform seizures while in office today. Outside of this episode, which lasted approximately 3 to 4 minutes, she is generally well-appearing, verbally fluent and pleasant throughout today's discussion and exam, and is at no time in acute distress.

**VITAL SIGNS:** Weight is 160 pounds, height is 5 feet 5 inches, temperature is 97.5. Pulse ox is 96% on room air. Lying blood pressure is 129/85, pulse 79. Sitting blood pressure is 130/93, pulse 81. Standing blood pressure is 138/98, pulse 71. Patient did not experience dizziness with orthostatic vitals.

**SKIN:** Patient with fair complexion and mottling throughout. No noted rashes or striae. No dermatographism or palmar erythema.

**LYMPH:** Questionable lymphadenopathy around clavicles. Noted edema.

**EYES:** PERRLA. Extraocular movements intact. Diplopia to the right and mild fasciculations under the eyes with movement testing. No noted nystagmus, saccades or ptosis.

**ENT:** No noted facial asymmetry. Tongue is midline without coating or fasciculations. Teeth and oral gingiva are in fair repair. Gag reflex is delayed, but intact. Sinuses transilluminate bilaterally. Mild erythema on the bilateral tympanic membranes. Nasal membranes with slight hypertrophy. Hearing is grossly intact and normal. TMJ without crepitus or pain. Positive preauricular tap, left greater than right.

**NECK:** Trachea is midline. No noted paranuchal tightness on compression or pain. Neck is with full range of motion, but pain on both extension and flexion. Thyroid is within normal limits, without enlargement or nodulation. Questionable goiter.

**CHEST:** Lungs are clear to auscultation bilaterally with full excursion. No wheeze, rhonchi or crackles appreciated.

**BONY THORAX:** No noted scoliosis or asymmetric scapulae. Tenderness to palpation of the bilateral SI

joints as well as the lumbar spine.

**CARDIAC:** Regular rate and rhythm. Normal S1 and S2. No murmurs, rubs or gallops.

**PULSES:** No carotid tenderness. Radial, dorsalis pedis and posterior tibial pulses 2+ bilaterally. No carotid bruit. Capillary refill less than 3 seconds on upper extremities bilaterally, slight delay in lower extremities.

**ABDOMEN:** Slightly protuberant. Bowel sounds are normoactive and present x4. Noted tenderness to deep palpation of the right lower quadrant and left upper quadrant. No appreciable organomegaly. Negative Murphy's.

**GENITORECTAL:** Deferred.

**EXTREMITIES:** Noted pain to palpation with range of motion and palpation of the shoulders as well as edema around the clavicles.

**NEUROLOGIC:** Grip strength is adequate. Biceps, hips, dorsiflexion and plantar flexion strength are 5/5 bilaterally. Mild pallesthesia of the right lower limb. While no overt dysmetria with heel-to-shin testing or finger-to-nose testing, she is very slow in the movement as well as when testing for dysdiadokinesia. Negative Hoffmann's. No appreciable tremor. Patellar reflexes 3+ bilaterally. Brachial radialis 2+. Babinski is negative with toes pointed down. No clonus. Romberg is with minimal sway. Some difficulty with tandem walk, eyes open. Tandem walk, eyes closed is poor.

**IMPRESSION:**

I. Lyme borreliosis complex by history.
   - A. History of tick attachment and significant history of tick exposure.
   - B. Questionable onset of illness, but progressive decline in 01/2016, with repeated onset Strep.
   - C. Treatment to date with oral and IV antimicrobials, seeing mostly suppression of symptoms and some Herxheimer reactivity.
   - D. Dyssomnia. Trouble falling asleep and staying asleep, non-restorative sleep, drenching sweats and occasional restlessness.
   - E. Constitutional. Sweats and feeling feverish.
   - F. Cognitive dysfunction, rates 3/10. Difficulty with processing, executive functioning, short-term memory, long-term memory, concentration and focus, word and information recall, brain fog, difficulty multitasking and OCD tendencies.
   - G. Mood disorder. Reports anxiety more than depression, irritability and rages. Denies SI.
   - H. Limbic irritability. Reports heightened startle reflex, mood changes, photophobia, phonophobia and osmophobia.
   - I. Autonomic dysfunction. Reports temperature sensitivities, nausea, air hunger, Raynaud's and motion sickness. Patient has not had a cardiac workup at this time.
   - J. B signs and symptoms. Reports persistent arthralgias in the knees and shoulders as well as migratory arthralgias, generalized muscle soreness and ostealgia of the left ribs. With Tylenol #4, rates 3-4/10, previously 5-6/10. Patient has not had a Rheumatology consult, but has had autoimmune labs.
   - K. Mononeuritis multiplex. Reports tingling in the toes and face, radicular pain down the back, cervical plexitis, focal motor weakness, myoclonic jerks of the legs and arms, stabbing in the spine.
   - L. Fatigue, rates 2-3/10. Notes energy is best from 1:00 to 6:00 p.m.
   - M. Bulbar dysfunction. Reports occasional trouble swallowing.
   - N. Non-epileptiform seizure. As of 2 weeks, patient notes new-onset seizures, occurring 3 to 8 times a day, but becoming more frequent. Patient does not lose consciousness, but is non-verbal.

O. Cerebellar dysfunction. Notes always had difficulties with balance and coordination. This has gotten worse.

P. Headache. Reports infrequent migraines as well as headaches post seizure in the frontal region.

Q. ENT. Bilateral jaw pain.

R. Cardiac. Infrequent heart palpitations and occasional chest tightness.

S. Pulmonary. Shortness of breath and air hunger.

T. GU. Dysuria with Rifampin.

U. GI. Nausea, reflux.

V. Special Senses (limbic). Altered sense of smell and taste.

W. Physical examination reveals the following abnormals: Mottling throughout, edema surrounding the clavicles, fasciculations under the eyes, diplopia to the right, delayed gag reflex, erythema of the tympanic membranes, hypertrophy of the nasal membranes, pain with extension and flexion of the neck, positive preauricular tap, left greater than right, pain to palpation of the bilateral SI joints and the lumbar spine, left carotid tenderness, delayed capillary refill in the lower extremities, tenderness to deep palpation of the right lower quadrant and left upper quadrant, pain with range of motion of the shoulders, mild pallesthesia of the right lower limb, hyperreflexia of the patella, diplopia with tandem walk, eyes open and closed.

**COMMENT:** Brandi is an obviously intelligent and once more active individual, who is understandably concerned and perplexed by her ongoing health issues. I am highly suspicious that LBC is playing a role and that she would benefit from further evaluation and antimicrobial therapy. The pathophysiology above was discussed at length today, as well as the role of stress and inflammation as they pertain to the process of recovery were reviewed. The LBC impact on the gastrointestinal, endocrine, neurologic, dermatologic and central nervous systems, etc., were all reviewed. Given her exposure and progressive health decline, particularly since January, this is a pattern we see frequently in our patients, as the immune system is unable to remain in control. Prior to initiating antimicrobial therapy, I do feel it is imperative to obtain additional information as well as stabilize some of Brandi's current health issues.

**RECOMMENDATIONS:**

1. Brandi was given a lab slip today in order to obtain further information regarding current metabolic, immunologic, nutritional and endocrine status.
2. The patient was given verbal and written instructions about the incorporation of curcumin, magnesium malate, probiotics, saccharomyces boulardii.
3. The importance of detoxing was discussed at length including burbur, Pinella, Epsom salt baths, decaffeinated green tea, increased fluids with 2 liters of lemon water, tolerable activities, sauna, lymphatic drainage massage, as well as maintaining a low-inflammatory diet through gluten-free and low-sugar.
4. Regarding sleep architecture, she is to decrease the Ambien to 5 mg for 7 to 10 days, and then stop. She will add Klonopin 0.5 mg 1/2 to 1 tab as well as trazodone 50 mg 1/2 to 3 tabs. She is to take these 30 minutes before bed, and try each dose at least 3 to 5 days before increasing. Other helpful over-the-counter sleep adjuncts include valerian root 500 to 1500 mg, 5HTP 200 mg and Kavinace Ultra PM.
5. Regarding pain and neurologic symptoms, verbal and written instructions were given to the patient about the introduction of gabapentin and lamotrigine. She is advised to continue titrating only to therapeutic dose. Additionally, we will reorganize her Ativan to be dosed at 0.5 mg 3 times a day instead of 1 mg twice a day. She is advised that if she develops fever, rash or ulcers with lamotrigine, she is to discontinue the medication immediately and contact JSC for further medical advice.
6. Brandi was given her first protocol to be started as soon as 3 weeks, if she is sleeping more restfully and pain is more controlled. She is advised to hold off until she can achieve these markers. She is advised to always take her antibiotics with a full meal, and that probiotics and saccharomyces must be

taken at least an hour before or 2 hours after antibiotics.

7. Antibiotics going forward will be as follows: Week 1, Monday, Wednesday and Friday, Omnicef 300 mg 2 tablets twice a day, Minocin 100 mg twice a day and Bactrim-DS twice a day. Week 2 will consist of the same antibiotics, Monday, Wednesday and Friday with the incorporation of Flagyl 500 mg twice a day on Thursday and Friday. Week 3 will be off. Cycle will consist of 2 weeks on and 1 week off, and she will complete 3 cycles before following up.
8. Brandi was given a safety lab slip consisting of CBC and CMP. She is to get safety labs on the Monday of week 2 during each treatment cycle.
9. She was given a hard prescription for Klonopin while in the office today, and the rest of her prescriptions were sent to the patient's Walmart pharmacy via e-prescribe.
10. Brandi is to contact JSC with any questions or concerns regarding her current treatment plan or labs, and we anticipate followup in approximately 3 months to reassess and determine the next steps in her treatment plan.

Kelly Lennon

Kelly Lennon, AGPCNP-BC

Joseph G. Jemsek

Joseph G. Jemsek, MD

cc: Brandi Hicks, County Rd. 7625, Brookland, AR 72417
Torin Gray, MD, 500 S. University Ave., Suite 316, Little Rock, AR 72205

00108/one/80689/90007/10924/1016398
D: 09/20/2016 08:50
T: 09/20/2016 12:06