FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "K"

* Fax to 603-430-1776

**Certification of Health Care Provider for**
***Associate's Serious Health Condition***

**ASSOCIATE NAME: BRANDI R HICKS** **ASSOCIATE WIN: 214456538**

**CASE NUMBER:** [redacted] 5955627

[redacted]
Please give this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Return a complete and sufficient medical certification to:

**Walmart Disability and Leave Service Center at Sedgwick**
**P.O. Box 14028**
**Lexington, KY. 40512**
**Fax: (859)264-4372**
**Alternate Fax: (859) 280-3270**
**Email: walmartforms@sedgwicksir.com**

[redacted] Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of the condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**NOTE to providers in CA:** The medical certification indicating pregnancy-related disability necessitating a leave is sufficient if it contains:

1. A statement that the employee needs to take pregnancy disability leave because she is disabled by pregnancy, childbirth or a related medical condition;
2. The date on which the employee became disabled because of pregnancy and the estimated duration of the leave.

Provider's name: Kelly Lennon, AGPCNP-BC; Joseph G. Jemsek, MD

Business address: 2440 M St NW, Suite 205, Washington, DC 20037

Type of practice / Medical specialty: Internal medicine, infectious disease

Telephone: (202) 955-0003 Fax: (866) 457-0397

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: Approximately January 2016 with progressive decline in health since that time

   Probable duration of condition: chronic; remission remains dependent upon individual response to ongoing and anticipated treatment

   **Mark below as applicable:**

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   ___No ___Yes If so, dates of admission: Date admitted:____________ Date Released:____________

   Date(s) you treated the patient for condition (including scheduled follow up appointments or procedures):

   04/14/2016; next scheduled evaluation on 11/30/2016

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No _X_ Yes

   Was medication, other than over-the-counter medication, prescribed? ___No _X_Yes

   Was the patient referred to any other health care provider(s) for evaluation or treatment (e.g., physical therapist)? _X_No ____Yes

   If so, state the nature of such treatments and expected duration of treatment:

   Not applicable

2. Is the medical condition pregnancy? _X_No ___Yes If so, expected delivery date: N/A

3. For the following question, use the job information provided by the employer. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ____ No _X_ Yes

   If so, identify the job functions the employee is unable to perform:

   Unable to perform any and all essential job functions, including basic attendance, due to the nature/severity of ongoing signs/symptoms.

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

**NOTE: In California, Connecticut, and Wisconsin, do not disclose the underlying diagnosis unless you have received consent from the patient.**

Please see attached

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be required to be away from work for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No _X_Yes

   If so, provide an estimate of the continuous dates the employee will be away from work: Start date:____________ End date: Unknown, pending favorable clinical improvements with treatment. Patient to be next evaluated 11/30/2016.



Alternate Fax: (859) 280-3270
Email: walmartforms@sedgwicksir.com

6. Will the employee need to attend follow-up treatment appointments because of the employee's medical condition? ___No X Yes

   If so, are the treatments medically necessary? ___No X Yes

   Estimate the treatment schedule, if any. Include the dates of any scheduled appointments and the time required for each appointment, including any travel time and any recovery period. **Please provide a numerical response** – For example: 1 appointment every 3 months, and requires 1 day of recovery per appointment:

   Frequency: 1 appointment(s) every _____ week(s) *or* 2-4 month(s)

   Duration: _____ hours *or* 1-2 day(s) per appointment (Will require adequate time to allow for travel/transportation to our Washington, DC-based specialty practice)

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? X No ___Yes Requires continuous leave of absence at present

   Is it medically necessary for the employee to be absent from work during the flare-ups? ___No ___ Yes
   If so, explain:

   ______________________________________________

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of time the patient may need to be away over the next 6 months. **Please provide a numerical response** – For example: 1 episode every 3 months lasting 1-2 days:

   Frequency: _____ times per _____ week(s) *or* _____ month(s)

   Duration: _____ hours *or* ___ day(s) per episode

8. Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition? X No ___Yes Requires continuous leave at present time

   If so, is the reduced number of hours of work medically necessary? ___No ___Yes

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _______ hour(s) per day; _______ days per week from _________ through _________

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

Intentionally left blank.

______________________________________________

Kelly Lennon / Joseph G. [illegible] 09/22/2016

**Signature of Health Care Provider** **Date**



**Alternate Fax:** (859) 280-3270
**Email:** walmartforms@sedgwicksir.com