FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "L"

**Jemsek** SPECIALTY CLINIC

September 22, 2016

TO: Walmart Disability and Leave ~~Service Center at~~ Sedgwick Liberty Mutual
PO Box 14028
Lexington, KY 40512
Fax: 859-264-4372/ 859-280-3270

RE: Brandi Hicks
DOB: /1977
Case #: B605~~160204800452AA~~ 5955627

To Whom It May Concern:

Please be advised that Mrs. Brandi Hicks is currently a patient under our ongoing clinical care for the evaluation and treatment of Lyme Borreliosis Complex (ICD10: A69.20), a chronic (long-term), multisystem, inflammatory illness and its associated conditions and sequelae. These include neuroborreliosis (A69.22), in which the nervous system is substantially impacted.

Mrs. Hicks initially presented to our specialty infectious disease practice on 09/14/2016, at which time her medical history was extensively reviewed and a comprehensive physical examination was performed. She was referred to our office by Dr. Torin Gray for more targeted and aggressive therapy.

Symptomatology affects multiple body systems, with primarily musculoskeletal, neurologic (including neurocognitive), constitutional, and immunologic involvement. Her ongoing signs and symptoms include, although are certainly not limited to: profound and persistent fatigue state; cognitive dysfunction affecting her processing in several areas, especially as regards executive and decision-making functioning, short and long-term memory, concentration, multitasking, and word and information recall, as well as difficulty with overall mentation ("brain fog"); multi-faceted pain issues with joint, muscle, neurogenic, and bone pain; seizure equivalent (non-epileptiform) episodes, occurring multiple times daily, which while are not characterized by frank loss of consciousness, are highly disruptive, during which she cannot speak to communicate; edema; difficulty with balance and coordination; and dysautonomia; among others.

Upon physical examination, she demonstrated multiple concerning clinical findings. Of particular note, these include: clavicular edema; limited range of motion of the shoulders as a result of pain, as well as of the neck (affecting both extension and flexion); delayed gag reflex and patellar hyperreflexia; noted diplopia; neuritis and carotidynia; delayed capillary refill of the lower extremities; pain with palpation of the sacroiliac and lumbar regions; abdominal tenderness; and diplopia (double vision). She also has a recent history of abnormal brain MR testing, performed 04/28/2016, with a nonspecific increased FLAIR signal, further indicative of the encephalopathic manifestations characteristic of neuroborreliosis.

Her treatment at present is focused on managing key symptoms, such as pain, dyssomnia, and seizure episodes, and multiple medications compromising several classes are utilized. Anticipated therapy will consist of pulsed combination antimicrobial medications to target the causative infection load and facilitate immunologic reorganization and control. Please note that antibiotic therapy is highly rigorous and may itself further exacerbate symptoms due to the increased inflammation and oxidative stress related to microbial die-off, a clinical phenomenon termed Jarisch-Herxheimer, or Herxheimer, reactivity. Mrs. Hicks will be re-evaluated on 11/30/2016 to determine if her clinical status has sufficiently stabilized to the point whereby she may initiate such treatment.

Jemsek SPECIALTY CLINIC

Unfortunately, due to the nature and severity of her ongoing health issues related to this illness, Mrs. Hicks' functionality remains markedly impaired in multiple key areas, particularly as regards: stamina and endurance; cognitive processing, including substantial distractibility; balance as well as coordination and dexterity, rendering even sedentary activities such as typing or computer work laborious and difficult; physical capabilities, such as standing, walking, and sitting, especially for sustained periods, as well as reaching, lifting, pushing, and pulling objects; and stress and activity tolerance. She is frequently unable to perform and/or requires considerable assistance with activities/instrumental activities of daily living (ADLs/IADLs), such as meal preparation, household maintenance, and shopping.

Her prognosis remains guarded, although we do of course anticipate gradual clinical improvements with ongoing and anticipated treatment.

Thank you in advance for your understanding and consideration. Should you have any questions or require any further information, please do not hesitate to contact our office.

Sincerely,

Joseph G. Jemsek, MD, FACP
Board Certified Internal Medicine, Infectious Disease

Kelly Lennon

Kelly Lennon, AGPCNP-BC