FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "M"

# Jemsek Specialty Clinic

*2440 M Street NW, Suite 205, Washington, DC 20037 - Phone 202.955.0003 - Fax 866.457.0397*

**11/30/2016** **HICKS, BRANDI** **13193**

**B VISIT CONSULTATION**

**DATE OF BIRTH:** /1977

**PROBLEM LIST:**

I. Lyme borreliosis complex by history.

A. History of tick attachment and significant history of tick exposure.

B. Questionable onset of illness, but progressive decline in 01/2016, with repeated onset Strep.

C. Treatment to date with oral and IV antimicrobials, seeing mostly suppression of symptoms and some Herxheimer reactivity.

D. Dyssomnia. Trouble falling asleep and staying asleep, non-restorative sleep, drenching sweats and occasional restlessness.

E. Constitutional. Sweats and feeling feverish.

F. Cognitive dysfunction, rates 3/10. Difficulty with processing, executive functioning, short-term memory, long-term memory, concentration and focus, word and information recall, brain fog, difficulty multitasking and OCD tendencies.

G. Mood disorder. Reports anxiety more than depression, irritability and rages. Denies SI.

H. Limbic irritability. Reports heightened startle reflex, mood changes, photophobia, phonophobia and osmophobia.

I. Autonomic dysfunction. Reports temperature sensitivities, nausea, air hunger, Raynaud's and motion sickness. Patient has not had a cardiac workup at this time.

J. B signs and symptoms. Reports persistent arthralgias in the knees and shoulders as well as migratory arthralgias, generalized muscle soreness and ostealgia of the left ribs. With Tylenol #4, rates 3-4/10, previously 5-6/10. Patient has not had a Rheumatology consult, but has had autoimmune labs.

K. Mononeuritis multiplex. Reports tingling in the toes and face, radicular pain down the back, cervical plexitis, focal motor weakness, myoclonic jerks of the legs and arms, stabbing in the spine.

L. Fatigue, rates 2-3/10. Notes energy is best from 1:00 to 6:00 p.m.

M. Bulbar dysfunction. Reports occasional trouble swallowing.

N. Non-epileptiform seizure. As of 2 weeks, patient notes new-onset seizures, occurring 3 to 8 times a day, but becoming more frequent. Patient does not lose consciousness, but is non-verbal.

O. Cerebellar dysfunction. Notes always had difficulties with balance and coordination. This has gotten worse.

P. Headache. Reports infrequent migraines as well as headaches post seizure in the frontal region.

Q. ENT. Bilateral jaw pain.

R. Cardiac. Infrequent heart palpitations and occasional chest tightness.

S. Pulmonary. Shortness of breath and air hunger.

T. GU. Dysuria with Rifampin.

U. GI. Nausea, reflux.

V. Special Senses (limbic). Altered sense of smell and taste.

W. Physical examination reveals the following abnormals: Mottling throughout, edema surrounding the clavicles, fasciculations under the eyes, diplopia to the right, delayed gag reflex, erythema of the tympanic membranes, hypertrophy of the nasal membranes, pain with extension and flexion of the neck, positive preauricular tap, left greater than right, pain to palpation of the bilateral SI joints and the lumbar spine, left carotid tenderness, delayed capillary refill in the lower extremities, tenderness to deep palpation of the right lower quadrant and left upper quadrant, pain with range of motion of the shoulders, mild

pallesthesia of the right lower limb, hyperreflexia of the patella, diplopia with tandem walk, eyes open and closed.

**MEDICATIONS:** Induction protocol consisting of Omnicef, Minocin, Septra and Flagyl; Ativan 0.5 mg 3 times a day; Effexor 75 mg once a day; Lamictal 50 in the morning, 75 mg at night; gabapentin 600 mg twice a day; Topamax 25 mg twice a day, recently stopped; clonazepam 0.5 mg once a day; melatonin 5 mg; trazodone 100 mg; alpha lipoic 600 mg; L-carnitine 1000 mg; magnesium malate 1250 mg; Deplin 15 mg; Theralac probiotic 30 billion CFU once a day; saccharomyces boulardii once a day; omeprazole 20 mg, 2 per day; estradiol 2 mg once a day; Tylenol No. 4 three times a day; 5-HTP 200 mg and curcumin 40 mg.

**INTERCURRENT EVENTS & ACTION ITEMS:**

1. Patient just completed 3 cycles of induction protocol and is currently in the off week. She believes she is worse overall, more stiff, trouble changing positions from sitting to standing, more specifically. Her seizures have improved overall, however.
2. Sleep. No difficulty falling or staying asleep and finding sleep to be restful.
3. Cognitive. Worse. Patient reports she can largely to her ADLs but nothing more, and some of these are impaired by limited mobility. Of note, at the end of her off week, she does note her mind gets a little clearer.
4. Mood. Notes she has been a bit more down this past month, questionably tied to gabapentin increase.
5. GI. Reports nausea. Denies vomiting. Bowel movements are daily but in small amounts. She reports bloating. Notes her pain is inhibiting her daytime eating, usually eats when her husband comes home at lunchtime, and then again at dinnertime.
6. Constitutional. Denies any fevers, chills or sweats and denies any night sweats since her last office visit.
7. Reports infrequent air hunger.
8. B signs and symptoms. Reports swelling at the left hip and knee. These are the most painful for her. The left shoulder is less frequent. Ribs continue to hurt intermittently, it helps when you push on them. Patient currently utilizing Tylenol No. 4 three times a day, which is only partially helpful.
9. Fatigue. Patient reports being more fatigued this past month, again, possibly with the increase in gabapentin; 1 p.m. to 6 p.m. is still her best time period.
10. Mononeuritis. Seizures at her last visit were anywhere from 3-8 a day. They had completely gone away and then worsened again at the end of October, now back to daily, but usually just once a day, which is still an improvement overall.
11. Bulbar. She has seen a decrease in issues with swallowing.
12. Mononeuritis. Great decrease in tingling. Continues to have shooting in back and myoclonic jerks only occur with seizures.
13. CNS irritability. She has been having more frequent frontal headache. This is similar to the headache that she experiences post-seizure. It does not last all day, however.
14. Patient was able to complete the comprehensive lab draw revealing the following abnormalities: Elevated cortisol 22.1, stress response; free T4 of 0.7, low; reverse T3 of 6, low; serum iodine 36, low. Unfortunately, patient was not followed up with prior to our office visit. She is clearly hypothyroid at this time. Secondary to inadequate iodine, we will start Lugol's Iodine 2%. She also has a low CoQ10 and thus we will start ubiquinol 100 mg. We will recheck the thyroid and iodine levels in a couple of months and see if things have improved. Brandi was advised that hypothyroidism is likely greatly impacting her symptoms.

**SUBJECTIVE:** Today I had the pleasure of seeing Brandi and her husband, Richard, as a followup to our initial office consultation on 09/20/2016. Since that time, she has completed 3 cycles of induction protocol and due to increased pain and decline in cognition, she feels worse overall, although her seizures have improved. Sleep architecture is stable. Cognitively, she is limited in doing mostly her ADLs and does not have the motivation or process to do more. Of note, however, she does feel her mind gets a little clearer at the end of her off weeks. Mood has been a little more down this past week. She reports some nausea. Denies any

vomiting. Bowel movements are daily but in small amounts. She reports bloating. Appetite is questionable. She is not eating much during the day, except for when her husband comes home and makes her food. She denies any fevers, chills or sweats and has not had any night sweats since our last office visit. Air hunger is considered infrequent. Her greatest pains are at the left hip and knee which swell. These are mildly helped by the Tylenol No. 4. The left shoulder has been less frequent. She continues to have pain intermittently in the ribs, which helps when you push on them. She has been more fatigued the past month, but still believes 1 to 6 p.m. are her best times. Seizures have greatly decreased since our visit, previously were from 3-8 a day. They had completely gone away, and returned at the end of October. At this time, recently, it has just been once a day, which, overall, is an improvement. Trouble swallowing has decreased. She has seen a great decrease in tingling. Continues to complain of shooting in the back and myoclonic jerks but only during this seizure-type episode. Post-seizure, she always reports a frontal headache, but now she has been experiencing it without the seizure as well. These do not last all day, however.

**OBJECTIVE:**
**GENERAL:** Brandi is resting comfortably in her chair. She is teary at moments but overall is verbally fluent and pleasant throughout today's discussion and exam, is at no time in acute distress.

**VITAL SIGNS:** Weight 167 pounds. Temperature 98.2. Pulse ox 100% on room air. Lying blood pressure is 128/76, pulse of 73. Sitting blood pressure is 99/67, pulse of 78. Standing blood pressure is 110/70, pulse is 98. Patient did not experience dizziness with orthostatic vitals.

Patient with fair complexion and noted mottling. No appreciable cervical lymphadenopathy. Extraocular movements intact. Bilateral diplopia, although not described as 2 whole things, but rather a blur with mild fasciculations under the eyes when checking extraocular movements. No noted facial asymmetry. Tongue is midline without coating or fasciculations. Hearing is grossly intact and normal to finger rub. Negative preauricular tap. Lungs are clear to auscultation bilaterally with full excursion. No wheeze, rhonchi or crackles appreciated. Regular cardiac rate and rhythm. No murmurs, rubs or gallops. Grip strength is adequate. Hip strength is 3-4/5 bilaterally. The left hip, while largely has full range of motion, has pain with both internal and external passive rotation. The right hip, again, with full range of motion, has pain with internal rotation and flexion. This is noted via grimace and then verbal confirmation.

**COMMENT:** It was a pleasure seeing Brandi and Richard in the office today. She is obviously a little frustrated and concerned about her current progress. I did advise that 1) She is hypothyroid, which is greatly impacting many of her body systems, including her immune system, and its ability to recovery these past cycles, thus moving forward, getting her iodine levels up and hopefully, therefore, her thyroid numbers will make a big difference. Also, her bowels have not been moving the way they need to be thus, we will introduce magnesium citrate pills which will hopefully help her achieve more regularly movements. Finally, we will decrease and taper off the gabapentin, believing this is having a paradoxical response on her and introduce Trileptal only as needed. During these amendments, we will stick with the induction protocol for at least 2 more cycles. In 6 weeks, if she is feeling more stable, she will start a Babesia-based protocol as outlined today. If this is not the case, she will do an additional induction cycle, totaling at 9 weeks before we have a phone consult. If she does do the Babesia-based protocol, she is reminded about increased Herxheimer reactivity and is advised to increase detox efforts accordingly.

**RECOMMENDATIONS:**

1. Brandi will decrease gabapentin by 300 mg (1/2 tab every 3 days until off). If her pain levels out, then we will not add anything. If her pain does not improve or it worsens, we will add Trileptal 300 mg in the evening; after 5 days, she may add a morning dose of 300 mg. Finally, after an additional 5 days, she may add a midday dose totaling out at 300 mg 3 times a day. She is to only increase as needed.
2. She was recently given Voltaren gel kindly by Dr. Gray. She is advised she may utilize this on her hip and knee.

3. Regarding lamotrigine, I will prescribe 100 mg pills. She will dose half in the morning, 1 in the evening. If she still feels there is room for improvement in her pain and neurologic symptoms, she can increase the morning dose to 100 mg.
4. Regarding constipation, she will start dosing magnesium citrate pills with a starting dose of 800 mg a day and increase as needed.
5. She will initiate ubiquinol 100 mg.
6. She will start Lugol's 2% Iodine, starting with 2 drops and working up towards 10 drops as tolerated.
7. We will decrease the Ativan to 1/2 a pill for 2 weeks and then attempt to stop. She may utilize Klonopin for onset of seizures. She has noted this has been helpful and she does not require it for sleep initiation.
8. Antibiotic going forward will be as follows: Week 1, Monday, Wednesday and Friday, Omnicef 300 mg, 2 tablets twice a day; Bactrim DS twice a day and Minocin 100 mg twice a day. Week 2 will consist of the same antibiotics Monday, Wednesday and Friday with the incorporation of Flagyl 500 mg twice daily on Thursday and Friday. Week 3 will be off. She will complete a minimum of 2 cycles of this protocol. If she is feeling more stable, she will start the following protocol below; otherwise, she will do 1 more cycle of this protocol and then have a phone consult.
9. The secondary protocol will be as follows: Week 1, Monday, Wednesday and Friday, Omnicef 300 mg, 2 tablets twice a day; Bactrim DS twice a day; Malarone 250/100 mg, 2 tablets twice a day and artemisia 500 mg, 2 tablets twice a day. Week 2 will consist of the same antibiotics Monday, Wednesday and Friday with the incorporation of Flagyl 500 mg twice daily on Thursday and Friday. Week 3 will be off. First she will complete 1 cycle of 2 weeks on, 1 week off, followed by 1 cycle of 2 weeks on, 2 weeks off before following up via phone consult.
10. Prescriptions were sent to Brandi's Wal-Mart neighborhood pharmacy via ePrescribe.
11. Brandi is to contact JSC with any questions or concerns regarding her current treatment plan or labs. We anticipate followup in 9-13 weeks via phone consult to reassess and determine the next steps in her treatment plan.

Kelly Lennon

Kelly Lennon, AGPCNP-BC

Joseph G. Jemsek

Joseph G. Jemsek, MD

cc: Mrs. Brandi Hicks, County Rd. 7625, Brookland, AR 72417
Dr. Torin Gray, 500 S. University Ave., Suite 316, Little Rock, AR 72205

00108/one/80918/90007/215/1017607
D: 12/01/2016 09:10
T: 12/01/2016 10:11