FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "N"

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

December 20, 2016

Ms. Brandi R. Hicks
CR 7625
BROOKLAND, AR 72417

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 5955627

Dear Ms. Brandi Hicks:

We are writing with regard to your claim for Long Term Disability Benefits under the Wal-Mart Stores, Inc.'s Group Disability Policy. We have completed a review of your eligibility for disability benefits, and have determined that benefits are not payable.

**"Disability" or "Disabled", with respect to Long Term Disability, means:**

1. For persons other than pilots, co-pilots, and crew of an aircraft:
a. i. **"Disability"** or **"Disabled"** means during the Elimination Period and the next 12 months of Disability the Covered Person is unable to perform all of the material and substantial duties of his own occupation on an Active Employment basis because of an Injury or Sickness; and
ii. After 12 months of benefits have been paid, the Covered Person is unable to perform, with reasonable continuity, all of the material and substantial duties of any other occupation.

**Disability due to a Pre-Existing Condition**

If there is a Pre-Existing Condition Exclusion, a benefit may be payable for a Disability due to a Pre- Existing Condition for an individual who:
1. was insured by the prior carrier at the time of transfer; and
2. was in Active Employment and insured under this policy on its Effective Date.

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:
1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 24 months after the Covered Person's Effective Date, unless he received no Treatment of the condition for 12 consecutive months after his Effective Date.

**"Pre-Existing Condition" means**

a condition resulting from an Injury or Sickness for which the Covered

Person is diagnosed or received Treatment within 12 months prior to the Covered Person's Effective Date.

**"Treatment" means**

consultation, care or services provided by a Physician including diagnostic measures and taking prescribed drugs and medicines.

Your file suggests that your last day worked was April 10, 2016. You submitted an application for Long Term Disability on September 8, 2016, with a benefit begin date of October 24, 2016; under the Long Term policy of Own Occupation definition. In order to evaluate whether or not you meet the above definitions of disability, we requested medical information from you and your treating physician to determine if your condition is of the severity that would prevent you from performing the duties of your Own Occupation and to determine if you were treated during the pre-existing period.

Our review of her claim was based on the current medical information in your file in relation to your claim for Lyme Borrelisosis Complex and Neuroborreliosis

**Requested Information**

Based on the information provided, your effective date of coverage for LTD benefits is June 15, 2015. In reviewing the information you provided we determined your date of disability to be April 12, 2016. Given this date of disability was within the first 12 months of your effective date of coverage, the policy requires us to complete a pre-existing investigation on any condition for which you are claiming to be the severity that would preclude you from a return to work. Therefore, we needed to determine if there was any treatment for the same or related conditions within twelve months prior to the effective date of coverage. Based on this information we are requesting your medical information from June 1, 2014, through the present to determine pre-existing condition treatment of any kind.

We mailed letters to your residence September 8, 2016, October 4, 2016, and again November 11, 2016. These letters were informing you that we were actively reviewing your eligibility for disability benefits, and in order to consider your disability we were requesting that your medical information from June 1, 2014 through the present, this information was to include but not limited to the following:

- Updated progress notes from all treating providers from June 1, 2014 to the present.
- Surgery reports
- Hospital discharge summary
- Test Results
- Completed LTD Forms
- Pharmacy records

We received your completed LTD forms on October 5, 2016, based on these forms you report the following treating providers from June 1, 2014 to the present.

Dr. V. Bonnette:

K. Lennon NP
Dr. Kalb
Dr. Gray
St Bernards (Fast Care, ER and Hospital)
Dr. Craig McDaniel
Cleveland Clinic

Pharmacies:

Super V
Walmart
Sam's Club

**Medical records provided**

Blue Cross and Blue Shield:

January 30, 2015 through August 18, 2016:

Dr. T. Gray:

June 6, 2016 through September 9, 2016: as of June 6, 2016, Dr. Gray notes you are seen for complaints of swelling, joint pain, hand tremors, weight gain, fatigue, brain fog, nausea headaches, muscle weakness, word finding difficulty, and stiff neck. The plan was to consider treatment with Dr. Chrit in Missouri or Dr. Jemsek in Washington for consideration of Lyme. As of September 9, 2016, you are seen for your complaints of Seizures, it is reported you underwent an MRI, and EEG in June, MRI did show a 10 mm lesion in the left frontal lobe, you were seen by a neurologist, including Cleveland Clinic for a MS workup. Dr. Chenault did not see any findings of seizure activity on your EEG. You report your seizure happen about 4-5 times a day which will last about one to two minutes, you report arms drawing up right hand really tight left arm draws up. You report you are unable to talk though this and afterward feeling nauseated with a headache. You report this started back in March of this year with a cat bite and tonsil surgery. You also report a tick bite around the time of your tonsil removal. Plan: you were to see Dr. Jemsek soon to assume your care.

Dr. Bennette:

July 23, 2014 through August 29, 2016: Office notes from July 23, 2014, you are seen for diagnosis of post-menopausal HRT. This diagnosis is reported as stable; however you report moderate depression you are currently taking Effexor XR. Current affective symptoms include anxious mod decreased appetite. You are requesting to change to Temazeam- with regards to the Migraines, you characterize it as moderate in severity associated symptoms include altered consciousness, confusion, right hemiplegia, nausea photophobia, photophobia and seizure. You also present with history with chronic low back pain: assessment: Moderate Depression, Hormone imbalance, Post-Menopausal, Migraines and Low Back pain.
November 7, 2014: office note: you are present with chronic low back pain, with discomfort in the thoracic spine, moderate Depression. On January 30, 2015, this office note states you are seen for chronic low back pain, moderate depression and seasonal allergies: your actively problems are noted

to be Dermatitis, Migraines, post-menopausal, vitamin B12 deficiency, chronic back pain, attention deficit disorder, moderate depression, and insomnia. April 29, 2015, you present with nausea, which you report for several weeks with episodes nearly hourly, associated symptoms include headaches burning stomach. You are seen again on June 20, 2016, July 18, 2016 and August 29, 2016, as of August 29th you are seen for chronic low back pain, your moderate depression and hormone imbalance and reported Rocky Mountain Tick-bite fever.

St. Bernard's Medical Center

February 16, 2015 through May 7, 2016 Lab report
April 13, 2016: Admit report: complaints of severe headaches with nausea
April 13, 2016: CT/Head due to history of headaches.
April 13, 2016: Lumbar Puncture due to history of headaches
April 28, 2016: MRI/Head due to history of Headaches
May 7, 2016: seen for severe headache and nausea
March 21, 2016, Progress notes: seen for right ear pain and throat pain, status post tonsillectomy on March 11, 2016.March 21, 2016, March 23, 2016, Discharge summary

Dr. Anderson:

September 10, 2015 through September 15, 2015: seen for yearly examination.

Terence T. Casey:

June 10, 2016 through June 28, 2016: Lab reports

Dr. Daniel Kalb:

June 10, 2016 through July 22, 2016: Seen for therapeutic injections, you report you feel a lot better reporting the antibiotics are really working you report your cognitive function is a lot better

Jemsek Specialty Clinic:

September 20, 2016: you report you have not worked since May of this year you have been referred by Dr. Gray, you report a tick attachment in the beginning of March 2016. This evaluation reports Dr. Gray has been dealing with your multiple heath issues over the past years, but more specifically since January of this year, where things have become progressive. You report onset seizure equivalent as of two weeks ago, while you always had cerebellar dysfunction this is worse. Office visit notes questionable onset of illness, but progressive decline in January 2016. Recommendations were made for treatment and a return visit in three months.
September 22, 2016: Summary of work status.

Cleveland Clinic:

May 20, 2016 through May 23, 2016: Dr. Alba: "I have evaluated the patient and personally participated in the key components and agree with the findings and plan with the following: The patient has had progressive diffuse neurologic symptoms including generalized weakness, proximal muscle weakness making it really hard for her to get up from sitting or lying, but is able to ambulate

without any trouble. She reports intermitted episodes of numbness throughout her extremities. Patient has hardly any trouble. She also reports intermittent episodes of numbness throughout her extremities. Patient has hardly had a neurologic workup including MRI for the brain and spine as well as an LP without any clear diagnosis, yet on exam patient does not have any focal neurologic deficit but does have subjective decreased sensation over her bilateral lower legs."

Super V Pharmacy:

January 1, 2015 through November 23, 2016: pharmacy records

Information not provided:

Walgreens Pharmacy records
Sams Club Pharmacy records

**Consulting Physicians Referral:**

In order to assess your disabling conditions in regards to your claim for Lyme Borrelisosis Complex and Neuroborreliosisand and to determine if any restrictions and limitations are supported by the medical information in your file, your claim was referred for a clinical review with a physician board certified in Infectious Disease

In addition to reviewing the information provided in your file we requested that this Consulting Physician to contact your treating provider to discuss your case.

**Physician Contact attempt with Dr. Jemsek**

"I called Dr. Jemsek on 12/6/16 at 10:00 AM, 12/7/16 at and 11:00 AM and 12/8/13 at 1:00 PM. I left detailed messages with no return call."

**Consulting Physician's Report**

This report states:

"There are no infectious disease diagnoses supported by the medical information in the file She has a multitude of symptoms, however there are no findings on neurological examination or physical examination to support a physical basis for the symptoms. The diagnosis Lyme disease is based on documenting infection with Lyme organism - this is usually done by a positive IgG Western blot against Lyme or documentation of Erythema migranes, the pathognomonic rash of early Lyme infection. Second, there must be documentation of organ dysfunction that is consistent with Lyme infection. Neurological Lyme disease is manifested by cranial nerve dysfunction, peripheral neuropathy, documented cognitive dysfunction and neuropsychiatric testing. Musculoskeletal Lyme disease manifests itself as hot swollen septic-type. She has had many examinations physically without detection of such organ malfunction. She has no evidence of a positive Lyme serology. There is no objective support for restrictions based on physical/neurological examinations, laboratory studies and/or imaging studies as outlined in detail above. She has had no truly positive serologies for active infection including Lyme disease, Rocky Mountain spotted fever or EBV. There is no evidence of various types of hepatitis. The treatment plan is inconsistent with

professional standards of care for the claimant's condition. She is being treated for a disease for which she does not suffer, Lyme disease. Doing such can never meet the standard of care. I believe that she can work 8 hours a day 5 days a week without R/L's from an Infectious Disease perspective."

"Based on this review it is also this physician's option that you did not undergo treatment for this diagnosis during the pre-existing dates."

**Conclusion and Decision**

With respect to your claim for the diagnosis of Lyme Borrelisosis Complex, all information in your file was reviewed and contact was attempted with your treating providers. Based on this information, it is the Consulting Physicians opinion while you have multiple symptoms there were no findings on your neurological examination or physical examination to support the diagnosis given. You have had no truly positive seroliges for active infection including Lyme disease, Rocky Mountain spotted fever or EBV. In addition there has been no medical to support or any formal Neuropsychological testing completed, and your treatment plan is inconsistent with professional standards of care for your condition seeing you are being treated for a disease you do not suffer from. From an Infectious Disease perspective it is this Consulting Physicians option you can work full time with no restriction or limitations

In regards our your pre-existing investigation, as advised above we were reviewing all information to determine if there was any treatment for the same or related conditions within twelve months prior to the effective date of coverage. Based on this information we are requesting your medical information from June 1, 2014, through the present to determine pre-existing condition treatment of any kind. Your pre-existing period is from June 15, 2014 through June 14, 2015. Based on the information provided you were treated by Dr. Bennette on July 23, 2014, for moderate depression, and prescribed Effexor XR, you were also treated for migraines, in which you characterize as moderate in severity associated symptoms include altered consciousness, confusion, right hemiplegia, nausea photophobia, photophobia and seizure. You were treated by Dr. Bennette again on November 7, 2014, for chronic low back pain, with discomfort in the thoracic spine, moderate depression and on January 30, 2015, states you are seen for chronic low back pain, moderate depression and seasonal allergies: your actively problems are noted to be dermatitis, migraines, post-menopausal, vitamin B12 deficiency, chronic back pain, attention deficit disorder, moderate depression, and insomnia. April 29, 2015, you present with nausea, which you report for several weeks with episodes nearly hourly, associated symptoms include headaches burning stomach.

The totality of the determination is made on the facts obtained as a result investigation to date, we have determined that no restrictions or limitations are supported by the medical information provide due to the diagnosis of Lyme disease and we have established treatment during the pre-existing period prior to the effective date of coverage and we have determined that your condition is pre-existing for any disability related to dermatitis, migraines, post-menopausal, vitamin B12 deficiency, chronic back pain, attention deficit disorder, moderate depression and insomnia your and must deny your claim for (LTD) Benefits.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review

of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Chenta Kennedy
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: any additional information which you feel will support your claim. You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Technical Case Manager Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776