FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "O"

**Encounter #1**

**History & Physical Report**
**1/12/2017: Office Visit - History of Rocky Mountain spotted fever (Z86.19), Seizures (R56.9), Depression with anxiety (F41.8) (Marissa E. Hogan, APRN)**
Brandi Hicks
1/12/2017 2:15 PM
Location: Pocahontas Medical Clinic
Patient #: 3256210
DOB: _ _ _/1977
Married / Language: English / Race: White
Female

History of Present Illness (Kristen Mathis CNA; 1/12/2017 2:46 PM)
The patient is a 39 year old female who presents with a complaint of Seizures. The onset of the seizures has been acute and they have been occurring for days. The seizures are characterized as generalized tonic, clonic movements and loss of awareness. Note for "Seizures": PT HERE TO EST CARE WITH PCP. LAST PCP WAS MCDANIEL ( JONESBORO) SEEN A SPECIALIST IN WASHINGTON AND HAS PUT ON ABX (WEEKLY SCHEDULE) HAS BEEN HAVING FREQUENT SEIZURES WITH ALL THE STRESS.

HAS NEUROLOGIST APPT MONDAY - DR. TORREN GRAY IN LITTLE ROCK. PT HAS A LOT OF JOINT PAIN AND PAIN IN LEFT HIP.

PT HAS BEEN DIAGNOSED WITH LYMES DISEASE. UNDER A LOT OF STRESS, HAS LOST HER JOB. HAD AN MRI IN OCT. AND FOUND A NEW SPOT ON HER BRAIN (HAD A SPOT FROM APRIL)

Allergies (Kristen Mathis, CNA; 1/12/2017 2:25 PM)
No Known Drug Allergies 01/12/2017
No Known Allergies 01/12/2017

Family History (Kristen Mathis, CNA; 1/12/2017 2:25 PM)
Heart Disease Maternal Grandmother.

Social History (Kristen Mathis, CNA; 1/12/2017 2:25 PM)
Tobacco use Never smoker.

Medication History (Kristen Mathis, CNA; 1/12/2017 2:39 PM)
Estradiol (1MG Tablet, 1 Oral daily) Active.
Effexor XR (75MG Capsule ER 24HR, 1 Oral daily) Active.
Omeprazole (20MG Tablet DR, 1 Oral bID) Active.
LaMICtal ODT (100MG Tablet Disperse, 1-1/2 tab Oral bID) Active.
Zofran ODT (8MG Tablet Disperse, Oral PRN) Active.
TraZODone HCl (150MG Tablet, 1 Oral at bedtime) Active.
ClonazePAM (0.5MG Tablet, 1 Oral daily) Active.
Tylenol with Codeine #4 (300-60MG Tablet, 1/2 Oral TID AS NEEDED) Active.
Flagyl (500MG Tablet, ON THURS AND FRI Oral TWo times daily) Active.
Cefdinir (300MG Capsule, WEEK ONE AND WEEK TWO MONDAY Oral WED AND FRI TWO TABS BID) Active.
Minocycline HCl (100MG Capsule, 1 Oral BID week one and week two mon wed fri) Active.
Bactrim DS (800-160MG Tablet, 1 Oral bID mon wed fri) Active.
Deplin 15 (15-90.314MG Capsule, 1 Oral daily) Active.
Turmeric Curcumin (500MG Capsule, 1 Oral daily) Active.
N-Acetyl-L-Cysteine (600MG Capsule, 1 Oral daily) Active.
Alpha Lipoic Acid (300MG Capsule, 1 Oral daily) Active.
CoQ10 (100MG Capsule, 1 Oral daily) Active.
Magnesium Citrate (100MG Tablet, Oral bID) Active.
Saccharomyces boulardii (250MG Tablet Chewable, Oral) Active. (pro-biotic for c-diff)
Midodrine HCl (5MG Tablet, 1 Oral daily) Active.
Medications Reconciled

Past Surgical History (Kristen Mathis, CNA; 1/12/2017 2:26 PM)
Cesarean Delivery 2
Hysterectomy (not due to cancer) - Partial
Gallbladder Surgery
Tonsillectomy

Review of Systems (Marissa E. Hogan APRN; 1/12/2017 3:23 PM)
**General** Present- Fatigue. Not Present- Feeling well and Fever.
**HEENT** Present- Headache.
**Respiratory** Not Present- Cough.
**Cardiovascular** Not Present- Chest Pain and Edema.
**Gastrointestinal** Not Present- Appetite Poor, Diarrhea, Nausea and Vomiting.

Vitals (Kristen Mathis CNA; 1/12/2017 2:28 PM)
1/12/2017 2:25 PM
**Weight:** 173 lb **Height:** 64 in
**Body Surface Area:** 1.84 $m^2$ **Body Mass Index:** 29.7 $kg/m^2$
**Temp.:** 97.5° F (Tympanic) **Pulse:** 72 (Regular) P.OX: 98% (Room air)
**BP:** 108/68 (Sitting, Left Arm, Standard)

Physical Exam (Marissa E. Hogan APRN; 1/12/2017 3:23 PM)
**General**
- **Mental Status** - Alert.
**General Appearance** - Not in acute distress.
**Build & Nutrition** - Well nourished and Well developed.

**Head and Neck**
**Head**
**Head Shape** - normocephalic.

**Eye**
**Pupil** - **Bilateral** - Normal, Accommodating, Direct reaction to light normal, Equal and Round.
**Eyeball** - **Bilateral** - Extraocular muscles intact.

**ENMT**
**Mouth and Throat**
**Oral Cavity/Oropharynx** - **Oral Mucosa** - no dryness noted.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.
**Inspection**
**Movements** - Symmetrical.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Normal rate and Regular.

**Abdomen**
**Inspection**
**Contour** - Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Non Tender, No Rebound tenderness and No Rigidity (guarding).
**Auscultation**
**Auscultation of the abdomen reveals** - Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity**
**Inspection** - **Bilateral** - No Cyanotic nailbeds, No Digital clubbing. **Palpation** - **Edema** - **Bilateral** - No edema.
**Lower Extremity**
**Palpation** - **Edema** - **Bilateral** - No edema.

Assessment & Plan (Marissa E. Hogan APRN; 1/12/2017 3:23 PM)
History of Rocky Mountain spotted fever (Z86.19)
Current Plans

- Disposition: Ambulatory & Stable
- Follow up as needed

Seizures (R56.9)
Depression with anxiety (F41.8)
Note: Patient was diagnosed with Rocky mountain spotted fever in June. She is seeing a doctor in Washington DC. He has her on a protocol of medications. Patient has had several complications from illness such as seizures, arthralgias, and depression. Does not need any refills today. Is here to establish. No acute problems that need to be addressed today. RTC as needed.

Marissa Hogan APRN

Signed by Marissa E Hogan, APRN (1/12/2017 3:24 PM)