FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "P"

COMPLETE YOUR FORMS | MEDICAL INFORMATION

[illegible]

# Certification of healthcare provider for associate's serious health condition

**Associate name:** Brandi Hicks **Associate WIN:** 214456538
**Case number:** B6051602048000452AA

**Instructions to the associate:**
Please give this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Your response is required to obtain or retain the benefit of FMLA protections. Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. Your employer must give you at least 15 calendar days to return this form.

It is your responsibility to ensure that the certification is provided in a timely manner. Return the completed form by email, fax or upload to viaOne® express (as shown above), or send through the mail to: Walmart Disability and Leave Service Center at Sedgwick, PO Box 14028, Lexington, KY, 40512. (Please keep a copy for your records.)

**Instructions to the healthcare provider:**
Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of the condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the associate is seeking leave. Please be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name: E. Tonia Gray MD
Business address: 500 S. University, Ste 316, Little Rock, AR 72205
Type of practice / Medical specialty: Internal Medicine
Telephone: 501-907-1710 Fax: 501-907-0914



*1B6051602048000452AA-2048*

# COMPLETE YOUR FORMS | MEDICAL INFORMATION

Associate name: Brandi Hicks
Case number: B6051602048004S2AA

Associate WIN: 214456538

PART A: MEDICAL FACTS

1. Approximate date condition commenced: 4/2016

   Probable duration of condition: possibly years

   Mark below as applicable:

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   X No __Yes If so, dates of admission: Date admitted:______ Date released:______

   Date(s) you treated the patient for condition (including scheduled follow up appointments or procedures):

   6/6/16, 7/29/16, 9/9/16, 11/8/16, 12/22/16

   Will the patient need to have treatment visits at least twice per year due to the condition? __No __Yes

   Was medication, other than over-the-counter medication, prescribed? __No X Yes

   Was the patient referred to any other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? __No X Yes

   If so, state the nature of such treatments and expected duration of treatment:

   Referred to Dr Joseph Jemsek for long term treatment for Lyme borreliosis

2. Is the medical condition pregnancy? X No __Yes If so, expected delivery date:______

3. For the following question, use the job information provided by the employer. If the employer fails to provide a list of the associate's essential functions or a job description, answer these questions based upon the associate's own description of his/her job functions.

   Is the associate unable to perform any of his/her job functions due to the condition: __No X Yes

   If so, identify the job functions the associate is unable to perform:

   All functions

4. Describe other relevant medical facts, if any, related to the condition for which the associate seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   Convulsive activity, fatigue, cognitive slowing, joint pain

NOTE: In California, Connecticut and Wisconsin, do not disclose the underlying diagnosis unless you have received consent from the patient.

MED 2 CF 3

faxed 1/18/17

*TB60516020480042AA-2048*

# COMPLETE YOUR FORMS | MEDICAL INFORMATION

Associate name: Brandi Hicks Associate WIN: 214436538
Case number: B60916020480045ZAA

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the associate be required to be away from work for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No X Yes

   If so, provide an estimate of the continuous dates the associate will be away from work:
   Start date:________ End date: 1/1/2018

6. Will the associate need to attend follow-up treatment appointments because of the associate's medical condition? ___No X Yes

   If so, are the treatments medically necessary? ___No X Yes

   Estimate the treatment schedule, if any. Include the dates of any scheduled appointments and the time required for each appointment, including any travel time and any recovery period. Please provide a numerical response – For example: 1 appointment every 3 months, and requires 1 day of recovery per appointment:

   Frequency: 1-2 appointment(s) every ____ week(s) or 1 month(s)

   Duration: ____ hour(s) or ___ day(s) per appointment

7. Will the condition cause episodic flare-ups periodically preventing the associate from performing his/her job functions? ___No ___Yes

   Is it medically necessary for the associate to be absent from work during the flare-ups? ___No ___Yes

   If so, explain:________________

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of time the patient may need to be away over the next 6 months. Please provide a numerical response – For example: 1 episode every 3 months lasting 1-2 days:

   Frequency: ____ time(s) per ____ week(s) or ____ month(s)

   Duration: ____ hour(s) or ___ day(s) per episode

8. Will the associate need to work part-time or on a reduced schedule because of the associate's medical condition? ___No ___Yes

   If so, is the reduced number of hours of work medically necessary? ___No ___Yes

   Estimate the part-time or reduced work schedule the associate needs, if any:

   ______ hour(s) per day; ______ day(s) per week from ______ through ______

ADDITIONAL INFORMATION: Please reference the question number for any related information you provide

________________________

________________________

[signature] 1/18/2017
Signature of healthcare provider Date



faxed 1/18/17

*TB0091602048004SZAA-8048*