FILED
2019 Apr-11 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "Q"

**Encounter #10**

**History & Physical Report**
**5/19/2017: Office Visit - Arthralgia, unspecified joint (M25.50), Lyme disease (A69.20) (J Drew Dawson, MD)**
Brandi Hicks
5/19/2017 2:17 PM
Location: Pocahontas Medical Clinic
Patient #: 3256210
DOB: 1977
Married / Language: English / Race: White
Female

History of Present Illness (Maggie Carter RN; 5/19/2017 2:27 PM)
The patient is a 40 year old female who presents with a complaint of Joint pain. The onset of the joint pain has been acute and has been occurring in a persistent pattern for months. The course has been increasing. Note for "Joint pain": STATES IS HAVING JOINT PAIN ALL OVER BUT IS WORSE IN THE RIGHT SHOULDER

Allergies (Maggie Carter, RN; 5/19/2017 2:26 PM)
Keppra *ANTICONVULSANTS*
Dilantin *ANTICONVULSANTS*

Family History (Maggie Carter, RN; 5/19/2017 2:26 PM)
Heart Disease Maternal Grandmother.

Social History (Maggie Carter, RN; 5/19/2017 2:26 PM)
Tobacco use Never smoker.

Medication History (Maggie Carter, RN; 5/19/2017 2:26 PM)
XaQuil XR (30MG Tablet ER, 1 (one) Tablet ER Oral daily, Taken starting 02/03/2017) Active. (TO REPLACE THE DEPLIN)
Effexor XR (75MG Capsule ER 24HR, 1 Oral daily, Taken starting 03/13/2017) Active.
Adderall XR (20MG Capsule ER 24HR, 1 (one) Oral daily, Taken starting 04/13/2017) Active. (HANDWRITTEN AND GIVEN AT APPT---TO BE FILLED ON 4/13/17, 5/13/17, AND 6/13/17)
Synthroid (25MCG Tablet, 1 (one) Tablet Oral daily, Taken starting 02/23/2017) Active.
Demerol (50MG Tablet, 1 (one) Tablet Oral QID PRN, Taken starting 02/27/2017) Inactive. (HANDWRITTEN LEFT UPFRONT AT MAIN)
Topiramate (25MG Tablet, 1 (one) Tablet Oral two times daily, Taken starting 03/13/2017) Active. (Titrate up as instructed)
TraZODone HCl (150MG Tablet, 1 Oral at bedtime, Taken starting 04/18/2017) Active.
Omeprazole (20MG Tablet DR, 1 Oral bID) Active.
Flagyl (500MG Tablet, ON THURS AND FRI Oral TWo times daily) Active.
Cefdinir (300MG Capsule, WEEK ONE AND WEEK TWO MONDAY Oral WED AND FRI TWO TABS BID) Active.
Bactrim DS (800-160MG Tablet, 1 Oral bID mon wed fri) Active.
N-Acetyl-L-Cysteine (600MG Capsule, 1 Oral daily) Active.
Alpha Lipoic Acid (300MG Capsule, 1 Oral daily) Active.
CoQ10 (100MG Capsule, 1 Oral daily) Active.
Magnesium Citrate (100MG Tablet, Oral bID) Active.
Saccharomyces boulardii (250MG Tablet Chewable, Oral) Active. (pro-biotic for c-diff)
Malarone (250-100MG Tablet, 2 Oral BID) Active.
Cipro (500MG Tablet, 2 Oral MONTHS BID) Active.
Xylitol (4GM QD) Active. (WEEK 1 OF 4)
Lactoferrin (250mg QD) Active. (WEEK 1 of 4)
Enulose (10GM/15ML Solution, BID Oral) Active. (M,W,F)
Midodrine HCl (5MG Tablet, 1 Oral TID) Active.
ClonazePAM (0.5MG Tablet, 1 Oral BID PRN) Active.
Estradiol (2MG Tablet, 1 Oral daily) Active.
Medications Reconciled

Past Surgical History (Maggie Carter, RN; 5/19/2017 2:26 PM)
Tonsillectomy
Gallbladder Surgery
Hysterectomy (not due to cancer) - Partial
Cesarean Delivery 2

Review of Systems (Maggie Carter RN; 5/19/2017 2:26 PM)
**General** Present- Feeling well. Not Present- Chills and Fever.
**Skin** Not Present- Rash.
**HEENT** Not Present- Headache, Rhinitis and Sore Throat.
**Neck** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory** Not Present- Cough, Sputum Production and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Edema and Shortness of Breath.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea and Nausea.
**Musculoskeletal** Present- Joint Pain (DIFUSE AND WORSE IN THE RIGHT SHOULDER). Not Present- Back Pain, Myalgia and Neck Pain.
**Neurological** Not Present- Numbness and Syncope.

Vitals (Christie Hibbard CNA; 5/19/2017 2:25 PM)
5/19/2017 2:24 PM
**Weight:** 156 lb **Height:** 64 in
**Body Surface Area:** 1.76 m² **Body Mass Index:** 26.78 kg/m²
**Temp.:** 98.3° F (Tympanic) **Pulse:** 75 (Regular) **P.OX:** 98% (Room air)
**BP:** 118/70 (Sitting, Left Arm, Standard)

Physical Exam (Maggie Carter RN; 5/19/2017 2:26 PM)
**General**
**General Appearance** - Not in acute distress.
**Build & Nutrition** - Well nourished.

**Head and Neck**
**Neck**
**Global Assessment** - full range of motion, supple, No lymphadenopathy.

**Eye**
**Pupil - Bilateral** - Normal, Accommodating, Direct reaction to light normal, Equal and Round.
**Eyeball - Bilateral** - Extraocular muscles intact.

**ENMT**
**Ears**
**Otoscopic Exam - Tympanic Membrane - Bilateral** - no bulging noted, no inflammation observed, no serous effusion observed.
**Nose and Sinuses**
**Nasal Mucosa - Bilateral** - no congestion observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx - Oral Mucosa** - no discoloration noted, no dryness noted.

**Chest and Lung Exam**
**Inspection**
**Movements** - Symmetrical.
**Auscultation**
**Breath sounds** - Normal. **Adventitious sounds** - No Adventitious sounds.

**Cardiovascular**
**Auscultation**
**Rhythm** - Normal rate and Regular. **Heart Sounds** - Normal heart sounds. **Murmurs & Other Heart Sounds - Auscultation of the heart reveals** - No Murmurs.

**Abdomen**
**Inspection**
**Contour** - Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Non Tender, No Rebound tenderness and No Rigidity (guarding).
**Auscultation**
**Auscultation of the abdomen reveals** - Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity**
**Inspection - Bilateral** - No Cyanotic nailbeds, No Digital clubbing. **Palpation - Edema - Bilateral** - No edema.
**Lower Extremity**
**Palpation - Edema - Bilateral** - No edema.

**Musculoskeletal**
**Global Assessment**
**Gait and Station** - normal gait and station.
**Upper Extremity**
**Shoulder - Examination of the right shoulder reveals** - Note: RIGHT SHOULDER WITH PAIN ON ROM AND POPPING CREPTUS NOTED.

Assessment & Plan (J Drew Dawson MD; 5/19/2017 4:15 PM)
Arthralgia, unspecified joint (M25.50)
Story: CHRONIC DIFUSE JOINT PAIN
Current Plans

- KENALOG 40 MG (4 Units)
- MARCAINE 2CC (J2001) (2 Units)
- ASPIRATION OF MAJOR JOINT (20610) (RIGHT SHOULDER)

Lyme disease (A69.20)
Current Plans

- Restarted Demerol 50MG, 1 (one) Tablet Tablet QID PRN, #30, 05/19/2017, No Refill.
  Local Order: HANDWRITTEN LEFT UPFRONT AT MAIN
- PMP Reviewed - Normal: completed.

Note: SHOULDER INJECTED TODAY
RX FOR DEMEROL GIVEN
RTC AS NEEDED



Signed by J Drew Dawson, MD (5/19/2017 4:16 PM)