FILED
2019 Apr-11 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "R"

# Physical Functional Capacity Form:

Patient: Brandi R. Hicks SSN: -1381

Date of Birth: 1977

Dear Doctor: Dr. Drew Dawson

Please respond to the following questions regarding your patients' disability. This will be used as medical evidence for a social security disability claim for a private long term disability claim.

1. **How long have you been seeing this patient?**

   Since 1/12/17

2. **How often do you see this patient?**

   Have seen her 7 times this year with routine follow-up every 3 months

3. **What condition(s) does this patient suffer from?**

   Lyme disease, anxiety & depression, pseudoseizures, migraines, chronic fatigue

4. **Please state all clinical findings, medical test results, and laboratory results:**

   Pt. has pseudoseizures where she becomes very rigid & postures - for last several minutes. Has had extensive work-up with multiple doctors, will attach records

5. **What treatment has the patient done so far and what were the results?**

   Pt. does a protocol c̄ antibiotics for lyme disease, daily med for migraines, Adderall for fatigue & pseudoseizures

6. **Would you expect these conditions/impairments to last for 1 year or more or has it already lasted 1 year?**

   YES X NO_____

7. **Would these conditions/impairments prevent the patient from standing 6 hours in an 8-hour work day?**

   YES X NO_____

**If yes, how long could the patient stand in an 8-hour work day?**

1 hour maximum.

8. Would these conditions/impairments prevent the patient from sitting 6 hours in a 8-hour work day

YES X NO____

If yes, how long could the patient sit in an 8-hour work day? 2 hours maximum

9. How much weight can the patient lift and carry?

X Less than 10 lbs ____10 lbs ____11-20 lbs ____20-50 lbs ____ over 50lbs

10. How much weight can the patient lift and carry regularly(30-70%) in a 8-hour day?

X Less than 10 lbs ____10 lbs ____11-20 lbs ____20-50 lbs ____ over 50lbs

11. Please check the frequency that the patient can perform the following activities:

| | NEVER | OCCASIONALLY(1-33%) | FREQUENTLY(33-66%) | CONSTANTLY |
|---|---|---|---|---|
| A)Reach Up Above Shoulders: | ___ | ✓ | ___ | ___ |
| B)Reach Down to Waist Level: | ___ | ___ | ✓ | ___ |
| C)Reach Down to the Floor: | ___ | ✓ | ___ | ___ |
| D)Carefully Handle Objects: | ___ | ✓ | ___ | ___ |
| E) Handle Objects with Fingers: | ___ | ✓ | ___ | ___ |

12. Does your patient have any POSTURAL LIMITATIONS?
If yes, how often can perform these acts?

| | NEVER | OCCASIONALLY | FREQUENTLY |
|---|---|---|---|
| 1)Climbing | ✓ | | |
| 2)Balancing | ✓ | | |
| 3)Stooping | ✓ | | |
| 4)Kneeling | ✓ | | |
| 5)Bending | ✓ | | |

13. Does your patient have any **VISUAL LIMITATIONS?**

YES_____ NO_X_

If yes, please explain.

15. Does your patient have any **HEARING LIMITATIONS?**

YES_____ NO_X_

If yes, please explain.

16. Given your experience with this patient, do you believe he/she could continue or resume work at his/her current or previous employment?

YES_____ NO)_X_

If NO, please explain why? Seizure-like activity frequently causes speech/postural disability. Inability to speak

Considering his/her conditions/impairments, could this patient find other work?

YES_____ NO_X_

17. What is your prognosis for this patient?

FAIR - poor

18. How would you rate the patient's credibility with regard to his condition and any complaints as to pain that he/she may have?

very good

DATE REPORT COMPLETED: 5/31/17

SIGNATURE OF PHYSICIAN: [signature]

PHYSICIAN NAME: Drew Dawson

SPECIALTY: family practice