FILED
2019 Apr-11 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "S"

BURKE HARVEY LLC

www.BurkeHarvey.com
Attorneys Licensed in: AL, GA, MS, NY, TN, TX, VA

Jessica Hayslip
Writer's Direct No.: 205.747.1905
Writer's E-mail: jhayslip@burkeharvey.com

Please respond to the Birmingham office

June 16, 2017

**SENT VIA FACSIMILE**

The Liberty Life Assurance Company of Boston
Attn: Chenta Kennedy
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**RE: BRANDI R. HICKS**
**CLAIM NO. 5955627**
**PLAN HOLDER: WAL-MART STORES, INC.**

Dear Chenta:

This letter is to serve as a notice of appeal for the termination of Brandi Hick's long-term disability benefits.

Liberty Mutual terminated Mrs. Hick's benefits by letter on December 20, 2016. The decision to deny benefits is inconsistent with the medical evidence contained in the claim file.

Enclosed for review is (1) Treatment Records from Dr. Torin Gray (2) Treatment Records from Dr. Drew Dawson (3) Treatment Records from Dr. Bradley Boop (4) Pharmacy Records (5) Declarations from Brandy Hicks, Richard Hicks, and Deborah Graves. (6) Job Description of a Wal-Mart Pharmacist (7) Lyme Disease symptom check list from the California Lyme Disease Association (8) Treatment Guidelines for Lyme Disease from International Lyme and Associated Diseases Society and (9) Letter from Dr. Joseph Jemsek. Also, information not previously reviewed by Liberty Mutual has been requested from additional medical providers and will be provided upon receipt.

Mrs. Hicks has been unable to work as pharmacist since April 10, 2016. Her primary disabling conditions result from two infectious diseases: Lyme disease and Rocky Mountain spotted fever. These two illnesses are often accompanied by many symptoms that mimic other illnesses such as chronic fatigue, and fibromyalgia among others. Both of these conditions are caused by exposure to tick bites and may have long term health effects.

Liberty Mutual improperly denied benefits on the basis of a lack of serologies for Lyme disease and Rocky Mountain spotted fever. Mrs. Hick's was exposed to a tick bite in March 2016 and was diagnosed with Lyme disease by three treating physicians in June 2016. She also tested positive for the Rocky Mountain spotted fever virus in June 2016. The denial letter is entirely based on the opinion of one paid peer reviewer, who concluded that based on a false negative alone, Mrs. Hicks does in fact not suffer from Lyme disease. This is entirely inconsistent with the objective opinions of her treating physicians and does not take into account the factor's by which Lyme disease is clinically diagnosed.

***Difficulty in Diagnosing Lyme Disease***

Lyme disease is often hard to diagnose because of the unreliable testing to detect the burgdorferi bacteria, a form of spirochete, in the blood. Additionally Lyme disease symptoms often mimic various other ailments. According to the Center for Disease Control common symptoms include pain and swelling in large joints (such as the knees), arthritis, cognitive defects, sleep disturbance, or fatigue. Lymedisease.org, formerly known as the California Lyme Disease Association, lists a few misdiagnosis of more familiar conditions that mimic Lyme disease including: fibromyalgia, chronic fatigue syndrome, multiple sclerosis, rheumatoid arthritis, and depression. The Mayo Clinic states that symptoms of Lyme disease vary and affect more than one system of the body. These symptoms are characterized as flu-like and include fever, chills, fatigue, body aches, and joint pain.

The International Lyme and Associated Disease society relies heavily on physician discretion and resolution of the illness to diagnose and treat clinical Lyme disease. Mrs. Hick's, unlike other individuals with suspected Lyme disease symptoms, has in fact been formally diagnosed and treated for this infectious disease. Liberty Mutual's denial wrongfully terminated benefits by somehow concluding that her treatment plan is unusual and that there is no physical or neurological basis to support that she suffers from Lyme disease. This is outrageous, especially since she has in fact had several abnormal MRI's indicating brain lesions, and documented joint swelling and pain that is still unresolved, seizures, chronic fatigue, and cognitive issues, among many other health problems that are commonly associated and an effect of Lyme disease.

***Evidence of Symptoms of Chronic Lyme Disease and Mrs. Hick's Diagnosis***

The California Lyme Disease Association has a check list of 40 different criteria for Lyme, Mrs. Hicks suffers 26 of the 40 identified symptoms.[1] Treatment records reflect that Mrs.

---

[1] Treatment records show Mrs. Hicks has the following 26 symptoms of Lyme Disease: unexplained fevers; unexplained chills, unexplained weight change, severe fatigue unrelieved by rest; swollen glands; sore throat; upset stomach ,loss of appetite; change in bowel function; shortness of breath, cough; heart palpitations, pulse skips. heart block; joint pain or swelling; muscle pain or cramps; neck stiffness, stiffness of the joints or back: headache: confusion, difficulty thinking; difficulty with concentration or reading; decreased short term memory; disorientation; difficulty with speech; mood swings, irritability, depression, panic attacks; disturbed sleep; tingling, numbness. pain. burning or stabbing sensations; tremor or unexplained shaking: dizziness, poor balance. increased motion sickness;

Hicks has suffered from the disabling symptoms of Lyme since the beginning of 2016 as a direct result from a tick bite and tick exposure. Dr. Jemsek explained in great detail how he diagnosed her with Lyme disease from reviewing her medical history, examinations, her presentation, labs, abnormal findings physically and neurologically. He stated several areas of substantial impairment include "stamina and endurance (both physical and mental); cognitive processing, including increased distractibility related to the extremely high intensity of her physical symptoms; coordination and dexterity; and stress, sensory, and activity tolerances." Dr. Jemsek opined that Mrs. Hick's is unable to maintain any gainful employment based on his treatment and assessment of her issues. Liberty Mutual has unsuccessfully attempted to assert Dr. Jemsek is treating Mrs. Hick's for a disease she does not have based solely on one negative test. Dr. Jemsek is one of three physician's who have agreed that Mrs. Hick's disability is caused by Lyme disease. The medical evidence is overwhelming, yet Liberty Mutual based its decision to wrongfully deny benefits on one test and one paid reviewer's opinion, which is entirely inconsistent with the requirements to diagnose and treat Lyme disease.

### *Liberty Mutual's Denial is Unreasonable and Arbitrary*

One of the most concerning conditions that Liberty Mutual and its paid reviewer has chosen to ignore are the constant seizures that plague Mrs. Hicks almost daily. What is even more troubling is that Mrs. Hick's cannot function when she has a seizure, and the main triggers for them are loud noises and physical activity. Unlike the ridiculous description of these seizures provided by the peer reviewer ("she gets tensed up has trouble breathing"), Mrs. Hick's loses complete control of her body during these episodes and often cannot recall what happens during them. As a result of not being able to tell when a seizure is going to occur, Mrs. Hicks no longer drives and often cannot even avoid seizures sitting down with little to no physical activity. Yet somehow, Liberty Mutual determined Mrs. Hick's was fully capable of being a pharmacist. The job description of Mrs. Hick's own occupation states that her main function is to accurately dispense prescriptions, not to mention ensuring compliance with the various legal and ethical regulations required by her profession.

It is astounding that Liberty Mutual has claimed Mrs. Hick's is able to accurately prescribe medication when the overwhelming majority of medical evidence suggests that she cannot even do the most basic activities of daily living without assistance. Dr. Torin Gray has opined that she cannot do any functions of her own occupation. Also Liberty ignored the non-exertional limitations that prevent Mrs. Hick's from being able to work as well as any side affects her medications may have on her ability. Instead, Liberty inappropriately weighed one paid reviewer's opinion against three physician's who have treated her for Lyme disease, and determined she does not have the disease at all. This is utterly absurd and an opinion that is contradicted by the weight of the medical evidence as well as the complex and detailed guidelines for the diagnosis of Lyme disease.

---

lightheadedness, wooziness, difficulty walking; eyes: discharge, pain, increased floaters; irritable bladder or urine control problems; and unexplained sweats. See enclosed checklist.

### *Conclusion*

In conclusion, Mrs. Hick's primary disabling condition, Lyme disease, was improperly ignored and discredited as being non-existent. Mrs. Hick's physical limitations, plus her non-exertional limitations including the constant seizures, pain, fatigue, and medication side effects all erode her ability to maintain the physical and cognitive skills necessary to perform any work, much less her own occupation. Her symptoms and limitations are exacerbated by exertion; increasing her pain, fatigue, medication needs and frequency of treatment for her conditions. This renders her unable to maintain employment in as a pharmacist and any capacity. Mrs. Hick's benefits should be retroactively approved; as requested above, please consider the enclosed evidence in her appeal. As stated above, additional records have been requested and will be provided upon receipt.

Very truly yours,

Jessica Hayslip

JAH/mlr
Enclosures
cc: Brandi Hicks