FILED
2019 Apr-11 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "V"

BURKE HARVEY LLC
www.BurkeHarvey.com
Attorneys Licensed in: AL, GA, MS, NY, TN, TX

Peter H. Burke
Writer's Direct No.: 205.747.1901
Writer's E-mail: pburke@burkeharvey.com

**Please respond to the Birmingham office**

June 1, 2018

**SENT VIA USPS PRIORITY MAIL**

The Liberty Life Assurance Company of Boston
Attn: Stephanie Berry
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**RE: BRANDI R. HICKS**
**CLAIM NO. 5955627**
**PLAN HOLDER: WAL-MART STORES, INC.**

Dear Stephanie:

I am requesting that Liberty Life reopen Ms. Hicks' claim in order to consider a favorable Social Security decision and her SSDI claim file, which I have included herein. Both of these were not available until after Liberty Life issued its final denial. By considering this additional evidence which was previously not available, Liberty Life will ensure that it makes a reasoned decision. If Liberty Life refuses to consider this additional information at this time, and we are required to file a lawsuit, we will request that a Court remand any lawsuit we file to the claims administrator to consider this additional information. Obviously, it makes sense for Liberty Life to consider this information at this time.

Please let us know if you have any questions regarding this request.

Very truly yours,

Peter H. Burke

PHB/mlr
Enclosures

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 27, 2017
Claim Number: ·1381HA

1637 3 MB 0.423 T8 MAAD296 PL1 S296 M3 PC7 170823
1637 BRANDI R HICKS
CR 7625
BROOKLAND, AR 72417
11, 12

*S01RZ3GV00389S*NOTAPP.X3.PBMCSNOT.PC7.R170823.PAM 00000110 0CE20108S6083X64085724173083823

You are entitled to monthly disability benefits beginning October 2016.

## The Date You Became Disabled

We found that you became disabled under our rules on April 12, 2016.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is October 2016.

## What We Will Pay And When

- You will receive $17,752.50 around August 28, 2017.
- This is the money you are due for October 2016 through July 2017.
- Your next payment of $2,390.00, which is for August 2017, will be received on or about the fourth Wednesday of September 2017.
- After that you will receive $2,390.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C

See Next Page

## Others Who May Be Eligible For Benefits

Your children may now be eligible for benefits on your record. You named the following children when you applied for benefits:

- KAYLEE WILSON
- ABBY WILSON

If you have not filed an application for benefits for the children, please contact us.

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| October | 2016 | $2,311.20 | Entitlement began |
| December | 2016 | $2,318.10 | Cost-of-living adjustment |
| January | 2017 | $2,390.80 | Credit for additional earnings |

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $23,670.00 for October 2016 through July 2017. Under the fee agreement, the representative cannot charge you more than $5,917.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $5,917.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $91, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

D9D2B2EQV0088D*XOTAFP.X3.PBMGSNOT.PCT.R19083.PAM 00000110 40B9053B9B68B6B4B6B6294179B6B23

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to THOMAS SCOTT HUNTER JR.

## Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.
- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-842-7369. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1809 LATOURETTE DRIVE
JONESBORO AR 72404

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Nancy A. Berryhill
Acting Commissioner

*0403R2ZGVC00289*NOTAFP.X1PBMCSKOTPC7.B170823.PAM 00000110 0020010C8000810849852417039C3

# PAYMENT SUMMARY

**Your Payment Of $17,752.50**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for October 2016 through July 2017 including any cost of living increase and considering work and earnings through 2016, less monthly rounding of benefits | $23,670.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 5,917.50 |
| This equals the amount of your first payment | $17,752.50 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective August 2017:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 2,390.80 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .80 |
| This equals the amount of your regular monthly payment | $ 2,390.00 |


Claim #5955627
SSDI claim file
52x speed
1x - 52x

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

usps.com
$6.70
US POSTAGE
Flat Rate Env

9405 5036 9930 0243 5333 95 0067 0000 0034 0742

06/01/2018 Mailed from 35243 062S0000001309

**P**

**PRIORITY MAIL 3-DAY™**

DENISE N TOROSSIAN
BURKE HARVEY
3535 GRANDVIEW PKWY STE 100
BIRMINGHAM AL 35243-1931

Expected Delivery Date: 06/04/18
Ref#: 40000-0715

**0004**

**Carrier -- Leave if No Response**

**B900**

SHIP TO: STEPHANIE BERRY
THE LIBERTY LIFE ASSURANCE COMPANY OF
PO BOX 7213
LONDON KY 40742-7213

**USPS TRACKING #**

**9405 5036 9930 0243 5333 95**

Electronic Rate Approved #038555749

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.
2. Place your label so it does not wrap around the edge of the package.
3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.
4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.
5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**

**9405 5036 9930 0243 5333 95**

| | | | |
|---|---|---|---|
| Trans. #: | 436263918 | Priority Mail® Postage: | $6.70 |
| Print Date: | 06/01/2018 | Total | $6.70 |
| Ship Date: | 06/01/2018 | | |
| Expected Delivery Date: | 06/04/2018 | | |

From: DENISE N TOROSSIAN
BURKE HARVEY
3535 GRANDVIEW PKWY STE 100
BIRMINGHAM AL 35243-1931

Ref#: 40000-0715

To: STEPHANIE BERRY
THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7213
LONDON KY 40742-7213

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*