FILED
2019 Apr-18 PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BRANDI HICKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO: 2:19-cv-554-MHH** |
| | ) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) |
| | ) |
| **Defendant.** | ) |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

*/s/ Peter H. Burke*________________

Peter H. Burke (ASB-1992-K74P)
PBurke@burkeharvey.com
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054

*Attorney for Plaintiff Brandi Hicks*