FILED
2019 Apr-29 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

BRANDI HICKS

*Plaintiff*

v.

LIBERTY LIFE ASSURANCE CO OF BOSTON

*Defendant*

Civil Action No. 2:19-cv-00554-MHH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter H. Burke, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sharon Harris
*CLERK OF COURT*

Date: 4/29/19

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5th AVENUE NORTH
BIRMINGHAM, AL 35203