19-CV-554-MHH

FILED
2019 May-06 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 4397 8248 2857 52

2:19-CV-00554-MHH

2. Article Number *(Transfer from service label)*

7016 0340 0001 1364 1935

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 5-1-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt