FILED
2019 May-17 PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDI HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:19-cv-00554-MHH** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

AFFIDAVIT IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE OF IWANA RADEMAEKERS

Pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, Affiant, Iwana Rademaekers, declares that the following facts are true, to the best of her knowledge, information and belief:

1. I reside at 2012 Clubview, Amarillo, Texas 79124, and am an attorney practicing with The Law Offices of Iwana Rademaekers, P.C., 14785 Preston Road, Suite 550, Dallas, Texas 75254, PH: (214) 579-9319, Fax: (469) 444-6456 (fax), Email: iwana@rademaekerslaw.com.

2. I am a member in good standing of the State Bar of Texas and am admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| State of Texas | 05/06/1988 |
| U.S.D.C., Northern District of Texas | 11/07/1988 |

| | |
|---|---|
| U.S.D.C., Eastern District of Texas | 05/21/1998 |
| U.S.D.C., Western District of Texas | 09/02/1998 |
| U.S.D.C., Southern District of Texas | 09/11/1998 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 |
| U.S.D.C., Western District of Arkansas | 05/22/1998 |
| U.S.D.C. District of Colorado | 01/14/2002 |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 |
| U.S. Court of Appeals for the Tenth Circuit | 08/05/2002 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 |

2. I am familiar with the Local Rules for the Northern District of Alabama and the Alabama Rules of Professional Conduct.

FURTHER AFFIANT SAYETH NAUGHT.

_______________________________
Iwana Rademaekers

SWORN TO AND SUBSCRIBED BEFORE
ME THIS _17th_ DAY OF May 2019.

_______________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
My Commission expires April 29, 2022

SANDRA ACKER
ID #128254128
My Commission Expires
April 29, 2022