FILED
2019 Jun-06 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDI HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:19-cv-00554-MHH** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Brandi Hicks and Defendant Liberty Life Assurance Company of Boston file this *Joint Motion to Extend Deadlines* and would show the Court as follows:

1. Pursuant to the Initial Order in ERISA Benefits Cases (document 2) entered by the Court on April 12, 2019, the parties must file a Joint Report, along with an electronic and paper copy of the Administrative Record by June 12, 2019.

2. Defendant filed its Answer in this matter on May 17, 2019, and the Parties require additional time to meet and confer regarding the contents of the report and administrative record. Additionally, Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, the parties

request that the Court extend the deadline to file the Joint Report and to submit the Administrative Record until July 12, 2019, so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to compile a joint report and administrative record.

**PRAYER**

Plaintiff and Defendant request the Court enter an Order extending the deadline for submission of the Joint Report and Administrative Record until and including July 12, 2019.

Respectfully submitted, this 6th day of June 2019.

Respectfully Submitted,

*/s/ Peter H. Burke*
Peter H. Burke, Esq.
ASB-1992-K74P
**BURKE HARVEY LLC**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
Email: pburke@burkeharvey.com

ATTORNEYS FOR PLAINTIFF

AND

s/ *Iwana Rademaekers*
**IWANA RADEMAEKERS**
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

AND

**MATTHEW W. ROBINETT**
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June 2019, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter H. Burke (ASB-1992-K74P)
Email: pburke@burkeharvey.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers