FILED
2019 Jul-30 AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDI HICKS,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:19-cv-00554-MHH** |
| | } | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

The parties have filed a Stipulation of Dismissal With Prejudice. (Doc. 14). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with all costs taxed against the party that incurred them. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 30, 2019.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE